# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| CURTIS CLAIR SETTLE and | : | Bankruptcy No. 15-70511 JAD |
| CYNTHIA JEAN SETTLE, | : | |
| | : | |
| Debtors, | : | Chapter 13 |
| | : | |
| JPMORGAN CHASE BANK, NA, | : | |
| | : | Doc. No. 53 |
| Movant, | : | |
| | : | |
| vs. | : | Related to Doc. No. 52 |
| | : | |
| CURTIS CLAIR SETTLE and | : | |
| CYNTHIA JEAN SETTLE, | : | Objection/Response Date: 5/5/2017 |
| | : | |
| Respondents, | : | |
| | : | Hearing Date & Time: 6/2/17 @ |
| RONDA J. WINNECOUR, Trustee, | : | 10:00 AM |
| | : | |
| Additional Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jon A. McKechnie, Esq., certify under penalty of perjury that I served a true and correct copy of the within Debtors' Response to Motion for Relief from the Automatic Stay filed by JPMorgan Chase NA and proposed Order filed in this proceeding on the parties/respondents listed below on May 5, 2017 by Regular U.S. Postal Service.

Date:  5/5/2017

/s/ Jon A. McKechnie
Jon A. McKechnie, Esq.
PA ID #36268
Harold Shepley & Associates, LLC
209 W. Patriot Street
Somerset, PA  15501
Phone:  (814) 444-0500
Fax:  (814) 444-0600
jmckechnie@shepleylaw.com

PARTIES SERVED:

JPMorgan Chase NA
c/o James C. Warmbrodt, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106-1532

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Ronda J. Winnecour, Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219

Curtis and Cynthia Settle
112 Bedford Street
Sproul, PA  16682