# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** CURTIS CLAIR & CYNTHIA JEAN SETTLE
**Case Number:** 15-70511-JAD    **Chapter:** 13
**Date / Time / Room:** FRIDAY, JUNE 02, 2017 10:00 AM   COURTROOM B
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** SCOTT KOZAR
**Reporter / ECR:** N/A

## Matter:

Motion For Relief From The Automatic Stay filed by JPMorgan Chase Bank, NA
- Response Filed 5/5/2017 by Debtors @ Doc. #52  [Due 5/5/2017]
R / M #:  49 / 0

## Appearances:

CHAPTER 13 TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL ✓
DEBTORS: Jon A. McKechnie, Esq.
CREDITOR: James A. Prostko, Esq. for JPMorgan Chase Bank  / Wombell

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
    _____ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at
    _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order -  NONJURY  /  JURY
    _____ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Order Entered 6/6/2017 Granting Conditional Relief From Stay**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
6/6/17 12:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA