IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-70511-JAD |
| | : | |
| CURTIS CLAIR SETTLE and | : | Chapter 13 |
| CYNTHIA JEAN SETTLE | : | |
| | : | RELATED Doc. No. 49, 52 |
| *Debtors.* | : | |
| _____X | | |
| | : | |
| JPMORGAN CHASE BANK, NA | : | |
| Movant, | : | |
| | : | |
| V. | : | |
| | : | |
| CURTIS CLAIR SETTLE and | : | |
| CYNTHIA JEAN SETTLE | : | |
| Respondents. | : | |
| _____X | | |

**ORDER GRANTING CONDITIONAL RELIEF FROM STAY**

**AND NOW,** this 6th day of June, 2017, after a hearing having been held on June 2, 2017 on the *Motion for Relief From the Automatic Stay* filed by JPMORGAN CHASE BANK, NA, at ECF No. 49, and the Debtors Response thereto, and upon consideration of arguments and statements of counsel at the hearing held thereon,

It is hereby **ORDERED** that the automatic stay is terminated as it affects the interests of JPMORGAN CHASE BANK NA with respect to that certain collateral referenced in the *Motion for Relief From the Automatic Stay* as being a 2014 Subaru Cross Trek (the "Property"); **PROVIDED HOWEVER**, that this Order

granting relief from stay is stayed for so long as, on a go forward basis from and after the date of this Order, the Debtors shall timely make their monthly chapter 13 plan payments to the Chapter 13 Trustee. If the Debtors miss a chapter 13 plan payment, upon JPMORGAN CHASE BANK NA's filing of an affidavit of default, the stay will be automatically lifted without further notice and/or hearing, provided however, the stay relief is limited as it is *in rem* and covers only the Property.

June 6, 2017  /s/ Jeffery A. Deller
**JEFFERY A. DELLER**
Chief United States Bankruptcy Judge

**CASE ADMINISTRATOR TO MAIL:**

cc:  Chapter 13 Trustee
James C Warmbrodt, Esq.
Jon A McKechnie, Esq.

FILED
6/6/17 12:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 15-70511-JAD
Curtis Clair Settle                                             Chapter 13
Cynthia Jean Settle
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: bsil             Page 1 of 1                  Date Rcvd: Jun 06, 2017
                              Form ID: pdf900        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2017.
db/jdb         +Curtis Clair Settle,   Cynthia Jean Settle,   112 Bedford Street,   Sproul, PA 16682-8109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2017 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NA bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeffrey A. Muriceak    on behalf of Creditor    Blair County Tax Claim Bureau
               jmuriceak@eveyblack.com,  choover@eveyblack.com
              Jill  Locnikar    on behalf of Defendant    United States Department of Housing and Urban
               Development jill.locnikar@usdoj.gov,  patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
              Jon A. McKechnie    on behalf of Debtor Curtis Clair Settle jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Jon A. McKechnie    on behalf of Plaintiff Cynthia Jean Settle jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Jon A. McKechnie    on behalf of Plaintiff Curtis Clair Settle jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Jon A. McKechnie    on behalf of Joint Debtor Cynthia Jean Settle jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Joseph P. Schalk    on behalf of Creditor    Caliber Home Loans, Inc,, As Servicer For The
               Mortgagee Of Record pawb@fedphe.com,  joseph.schalk@phelanhallinan.com
              Joseph P. Schalk    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 12