# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| Debtor: | CURTIS CLAIR & CYNTHIA JEAN SETTLE |
| Case Number: | 15-70511-JAD        Chapter: 13 |
| Date / Time / Room: | THURSDAY, JULY 27, 2017 10:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
8/3/17 7:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#57 - Amended Plan Dated 6/13/2017 - FC

R / M #:  57 / 0

### *Appearances:*

Debtor:       *J. Ross*

Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to _10/5/17_ at _10:30_.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

7/17/2017   12:28:17PM