# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-70511 JAD |
| | : | |
| CURTIS CLAIR SETTLE and CYNTHIA JEAN SETTLE, | : | Chapter 13 |
| | : | |
| | : | Doc. No. 66 |
| Debtors. | : | |
| | : | Related to Doc. No. 65 |
| CURTIS CLAIR SETTLE and CYNTHIA JEAN SETTLE, | : | |
| | : | Objection/Response Date:  November 27, 2017 |
| Movants, | : | |
| vs. | : | Hearing Date & Time:  December 15, 2017 @ 10:00 AM |
| | : | |
| LSF9 MASTER PARTICIPATION TRUST, | : | |
| | : | |
| Respondent. | : | |
| | : | |
| RONDA J. WINNECOUR, | : | |
| | : | |
| Chapter 13 Trustee. | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTORS' OBJECTION TO PROOF OF CLAIM

**TO THE RESPONDENT(S):**

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to Debtors' Objection to Proof of Claim no later than November 27, 2017, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on December 15, 2017 at 10:00 A.M. before Chief Judge Jeffery A. Deller in Bankruptcy Courtroom B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, PA  15901.  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a

later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

| | |
|---|---|
| Date:  November 10, 2017 | /s/ Jon A. McKechnie<br>Jon A. McKechnie, Esq. #36268<br>Harold Shepley & Associates, LLC<br>209 W. Patriot Street<br>Somerset, PA  15501<br>(814) 444-0500<br>FAX (814) 444-0600<br>jmckechnie@shepleylaw.com |