## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-70511 JAD |
| | : | |
| CURTIS CLAIR SETTLE and CYNTHIA JEAN SETTLE, | : | Chapter 13 |
| | : | |
| | : | Doc. No. 67 |
| Debtors. | : | |
| | : | Related to Doc. Nos. 65 & 66 |
| CURTIS CLAIR SETTLE and CYNTHIA JEAN SETTLE, | : | |
| | : | Objection/Response Date:  November 27, 2017 |
| Movants, | : | |
| vs. | : | Hearing Date & Time:  December 15, 2017 @ 10:00 AM |
| | : | |
| LSF9 MASTER PARTICIPATION TRUST, | : | |
| | : | |
| Respondent. | : | |
| | : | |
| RONDA J. WINNECOUR, | : | |
| | : | |
| Chapter 13 Trustee. | : | |

## CERTIFICATE OF SERVICE

I, Jon A. McKechnie, Esq., certify under penalty of perjury that I served a true and correct copy of the within Order Scheduling Date for Response and Hearing on Objection, Objection to Postpetition Non-Escrow Insurance Advances in Proof of Claim Filed by LSF9 Master Participation Trust and proposed Order filed in this proceeding on the parties/respondents listed below on November 10, 2017 by Regular U.S. Postal Service.

Date:   11/10/2017

/s/ Jon A. McKechnie
Jon A. McKechnie, Esq.
PA ID #36268
Harold Shepley & Associates, LLC
209 W. Patriot Street
Somerset, PA  15501
Phone:  (814) 444-0500
Fax:  (814) 444-0600
jmckechnie@shepleylaw.com

PARTIES SERVED:

Mario J. Hanyon, Esq.
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA  19103

James A. Prostko, Esq.
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA  15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Ronda J. Winnecour, Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK  73134

Curtis and Cynthia Settle
112 Bedford Street
Sproul, PA  16682