# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** CURTIS CLAIR & CYNTHIA JEAN SETTLE
**Case Number:** 15-70511-JAD    **Chapter:** 13
**Date / Time / Room:** FRIDAY, DECEMBER 15, 2017 10:00 AM   COURTROOM B
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** SCOTT KOZAR
**Reporter / ECR:** N/A

## Matter:

Debtors' Objection To Postpetition Non-Escrow Insurance Advances in Proof of Claim [of LSF9 Master Participation Trust] and Request for Attorneys' Fees
- Response Filed 11/27/2017 by LSF9 Master Participation Trust @ Doc. #68 [Due 11/27/2017]
R / M #: 65 / 0

## Appearances:

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): Jon A. McKechnie, Esq.
CREDITOR: James A. Prostko, Esq.

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER: Proposed order due w/ 7 days.

FILED
12/19/17 12:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge