### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-70511 JAD |
| | : | |
| CURTIS CLAIR SETTLE and CYNTHIA JEAN SETTLE, | : | Chapter 13 |
| | : | |
| | : | Doc. No. 70 |
| Debtors. | : | |
| | : | Related to Doc. No. 65 & 69 |
| CURTIS CLAIR SETTLE and CYNTHIA JEAN SETTLE, | : | |
| | : | |
| Movants, | : | |
| vs. | : | |
| | : | |
| LSF9 MASTER PARTICIPATION TRUST, | : | |
| | : | |
| Respondent. | : | |
| | : | |
| RONDA J. WINNECOUR, | : | |
| | : | |
| Chapter 13 Trustee. | : | |

## ORDER OF COURT

AND NOW, to wit, this _____ day of December, 2017 and upon consideration of the foregoing Debtors' Objection to Postpetition Non-Escrow Insurance Advances in Proof of Claim filed at Claim No. 9 by LSF9 Master Participation Trust and upon mutual consent by the respective parties' counsel, it is hereby:

ORDERED, ADJUDGED and DECREED that Debtors' Objection is sustained as to the Insurance Advances of $1,144.00 on May 25, 2016 and $1,050.00 on March 22, 2017.  Tax Advances of $419.00 and $206.70 made on September 2, 2016 are hereby allowed.  Further, LSF9 Master Participation Trust shall provide a loan payment history to Debtors' counsel within thirty (30) days.

FURTHER ORDERED:

_____
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge