# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-70511 JAD |
| | : | |
| CURTIS CLAIR SETTLE and CYNTHIA JEAN SETTLE, | : | Chapter 13 |
| | : | Doc. No. 70 |
| Debtors. | : | |
| | : | Related to Doc. No. 65 & 69 |
| CURTIS CLAIR SETTLE and CYNTHIA JEAN SETTLE, | : | |
| | : | |
| Movants, | : | |
| vs. | : | |
| | : | |
| LSF9 MASTER PARTICIPATION TRUST, | : | |
| | : | |
| Respondent. | : | |
| | : | |
| RONDA J. WINNECOUR, | : | |
| | : | |
| Chapter 13 Trustee. | : | |

## ORDER OF COURT

AND NOW, to wit, this  21st  day of December, 2017 and upon consideration of the foregoing Debtors' Objection to Postpetition Non-Escrow Insurance Advances in Proof of Claim filed at Claim No. 9 by LSF9 Master Participation Trust and upon mutual consent by the respective parties' counsel, it is hereby:

ORDERED, ADJUDGED and DECREED that Debtors' Objection is sustained as to the Insurance Advances of $1,144.00 on May 25, 2016 and $1,050.00 on March 22, 2017. Tax Advances of $419.00 and $206.70 made on September 2, 2016 are hereby allowed. Further, LSF9 Master Participation Trust shall provide a loan payment history to Debtors' counsel within thirty (30) days.

_____ sjk
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
12/21/17 10:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Curtis Clair Settle
Cynthia Jean Settle
    Debtors

Case No. 15-70511-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: bsil     Page 1 of 1     Date Rcvd: Dec 21, 2017
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.
db/jdb     +Curtis Clair Settle,    Cynthia Jean Settle,    112 Bedford Street,    Sproul, PA 16682-8109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NA bkgroup@kmllawgroup.com
         James A. Prostko    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com,
         james.prostko@phelanhallinan.com
         Jeffrey A. Muriceak    on behalf of Creditor    Blair County Tax Claim Bureau
         jmuriceak@eveyblack.com,    choover@eveyblack.com
         Jill Locnikar    on behalf of Defendant    United States Department of Housing and Urban
         Development jill.locnikar@usdoj.gov,
         patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
         Jon A. McKechnie    on behalf of Debtor Curtis Clair Settle jmckechnie@shepleylaw.com,
         bk@shepleylaw.com
         Jon A. McKechnie    on behalf of Plaintiff Cynthia Jean Settle jmckechnie@shepleylaw.com,
         bk@shepleylaw.com
         Jon A. McKechnie    on behalf of Plaintiff Curtis Clair Settle jmckechnie@shepleylaw.com,
         bk@shepleylaw.com
         Jon A. McKechnie    on behalf of Joint Debtor Cynthia Jean Settle jmckechnie@shepleylaw.com,
         bk@shepleylaw.com
         Joseph P. Schalk    on behalf of Creditor    Caliber Home Loans, Inc,, As Servicer For The
         Mortgagee Of Record jschalk@barley.com,    sromig@barley.com
         Joseph P. Schalk    on behalf of Creditor    LSF9 Master Participation Trust jschalk@barley.com,
         sromig@barley.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                                                                TOTAL: 12