Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Curtis Clair Settle
Cynthia Jean Settle**
  Debtor(s)

Bankruptcy Case No.: 15–70511–JAD
Doc. #74
Chapter: 13
Docket No.: 75 – 74
Concil. Conf.: January 24, 2019 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 2, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **November 19, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 24, 2019** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan*) will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: September 18, 2018

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Curtis Clair Settle
Cynthia Jean Settle
    Debtors

Case No. 15-70511-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7   User: skoz   Page 1 of 2   Date Rcvd: Sep 18, 2018
                    Form ID: 410   Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2018.
```
db/jdb         +Curtis Clair Settle,    Cynthia Jean Settle,    112 Bedford Street,    Sproul, PA 16682-8109
14078667        Beneficial,    P.O. Box 5233,    Carol Stream, IL 60197-5233
14078668       #Beneficial,    Attn: Research,    P.O. Box 1231,    Brandon, FL 33509-1231
14078669       #Beneficial,    Attn: Payoffs,    P.O. Box 897,    Brandon, FL 33509-0897
14078670       +Blair County Tax Claim Bureau,    423 Allegheny Street,    Suite 143,
                 Hollidaysburg, PA 16648-2047
14078674       +Credit Control Collections,    P.O. Box 72,    Altoona, PA 16603-0072
14187137       +Greenfield Township Municipal Authority,    PO Box 372,    Claysburg, PA 16625-0372
14078679       +Greenfield Township Tax Collector,    120 Carriage Lane,    Claysburg, PA 16625-7714
14078681       +HUD - FHA Title I Payments,    P.O. Box 105664,    Atlanta, GA 30348-5664
14078682       +HUD Office of Appeals,    451 7th Street, Room B-133,    Washington, DC 20410-0001
14078680       +Holiday Financial Services,    1451 Scalp Avenue, Suite 1,    Johnstown, PA 15904-3334
14132110       +LSF9 Master Participation Trust,    Caliber Home Loans, INC.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
14078683        Magee-Womans Hospital of UPMC,    P.O. Box 382059,    Pittsburgh, PA 15250-8059
14113034       +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14078684        Nason Hospital,    105 Nason Drive,    Roaring Spring, PA 16673-1202
14078690        Subaru Motors Finance,    Chase,    P.O. Box 901037,    Fort Worth, TX 76101-2037
14078691        Subaru Motors Finance c/o Chase,    P.O. Box 78101,    Phoenix, AZ 85062-8101
14078694        UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: gocadle@cadleco.com Sep 19 2018 02:26:43     New Falls Corporation,
                 100 N Center Street,    Newton Falls, OH 44444-1321
14078671        E-mail/Text: cms-bk@cms-collect.com Sep 19 2018 02:26:07     Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Suite 700,    Buffalo, NY 14206-2317
14078672        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2018 02:28:18     Capital One,
                 Attn: Bankruptcy,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14078673        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2018 02:27:47
                 Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
14078675        E-mail/Text: abovay@creditmanagementcompany.com Sep 19 2018 02:26:43
                 Credit Management Company,    P.O. Box 16346,    Pittsburgh, PA 15242-0346
14078677        E-mail/Text: mrdiscen@discover.com Sep 19 2018 02:26:00     Discover,    P. O. Box 30943,
                 Salt Lake City, UT 84130
14078676        E-mail/Text: mrdiscen@discover.com Sep 19 2018 02:26:00     Discover,    P.O. Box 71084,
                 Charlotte, NC 28272-1084
14081179        E-mail/Text: mrdiscen@discover.com Sep 19 2018 02:26:00     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14078678       +E-mail/Text: mstover@gercls.com Sep 19 2018 02:26:57     Great Eastern Resort Corporation,
                 610 West Rio Road,    Charlottesville, VA 22901-1412
14123715        E-mail/Text: bk.notifications@jpmchase.com Sep 19 2018 02:26:10     JPMorgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
14078685        E-mail/Text: gocadle@cadleco.com Sep 19 2018 02:26:43     New Falls Corporation,
                 c/o Victor O. Buente, Jr., Esq.,    100 North Center Street,    Newton Falls, OH 44444-1321
14078686        E-mail/Text: gocadle@cadleco.com Sep 19 2018 02:26:43     New Falls Corporation,
                 c/o Nina Evans, Account Officer,    100 North Center Street,    Newton Falls, OH 44444-1321
14093485       +E-mail/Text: gocadle@cadleco.com Sep 19 2018 02:26:43     New Falls Corporation,
                 100 North Center Street,    Newton Falls, OH 44444-1321
14078689        E-mail/PDF: cbp@onemainfinancial.com Sep 19 2018 02:27:45     OneMain Financial,
                 Bankruptcy Department,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
14078687        E-mail/PDF: cbp@onemainfinancial.com Sep 19 2018 02:28:46     OneMain Financial,
                 P.O. Box 183172,    Columbus, OH 43218-3172
14078688        E-mail/Text: cms-bk@cms-collect.com Sep 19 2018 02:26:07     OneMain Financial,
                 c/o Capital Management Services, L.P.,    P.O. Box 120,    Buffalo, NY 14220-0120
14135787        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 02:28:22
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14078693        E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 02:28:47     Synchrony Bank,
                 Attn: Bankruptcy Dept.,    P.O. Box 965061,    Orlando, FL 32896-5061
14078692        E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 02:27:46     Synchrony Bank,    P.O. Box 960061,
                 Orlando, FL 32896-0061
14084302       +E-mail/Text: james.r.shear@hud.gov Sep 19 2018 02:26:56
                 US Dept. of Housing and Urban Development,    52 Corporate Cir,    Albany, NY 12203-5166
                                                                                              TOTAL: 20
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Caliber Home Loans, Inc,, As Servicer For The Mort
cr              JPMORGAN CHASE BANK, NA
cr              LSF9 Master Participation Trust
```

```
District/off: 0315-7          User: skoz              Page 2 of 2              Date Rcvd: Sep 18, 2018
                              Form ID: 410            Total Noticed: 38

cr*           +Blair County Tax Claim Bureau,    423 Allegheny St. Ste 143,    Hollidaysburg, PA 16648-2047
                                                                                       TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
              James Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, NA bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeffrey A. Muriceak    on behalf of Creditor    Blair County Tax Claim Bureau
               jmuriceak@eveyblack.com, choover@eveyblack.com
              Jill Locnikar     on behalf of Defendant    United States Department of Housing and Urban
               Development jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
              Jon A. McKechnie     on behalf of Plaintiff Curtis Clair Settle jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Jon A. McKechnie     on behalf of Joint Debtor Cynthia Jean Settle jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Jon A. McKechnie     on behalf of Debtor Curtis Clair Settle jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Jon A. McKechnie     on behalf of Plaintiff Cynthia Jean Settle jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Joseph P. Schalk    on behalf of Creditor     Caliber Home Loans, Inc,, As Servicer For The
               Mortgagee Of Record jschalk@barley.com, sromig@barley.com
              Joseph P. Schalk    on behalf of Creditor    LSF9 Master Participation Trust jschalk@barley.com,
               sromig@barley.com
              Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, NA amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 13
```