UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/28/19 3:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:
CURTIS CLAIR SETTLE
CYNTHIA JEAN SETTLE
                Debtor(s)
Ronda J. Winnecour, Trustee
                Movant
        vs.
CURTIS CLAIR SETTLE
CYNTHIA JEAN SETTLE
                Respondent(s)

Case No. 15-70511JAD
Chapter 13

Related to Document No. ___74___

## ORDER

        AND NOW, this __28th__ day of _____January_____, 20_19_, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐    This case is ***DISMISSED***, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐    This case is ***DISMISSED***, without prejudice.

    If either of the above provisions is checked, indicating that this case is being dismissed, then it is ***FURTHER ORDERED*** as follows:

A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.    This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

Motion Withdrawn Per Confirmation
Order entered at Dkt. No. 83.



JEFFERY J. DELLER    jah
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-70511-JAD
Curtis Clair Settle                                                   Chapter 13
Cynthia Jean Settle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jhel          Page 1 of 2          Date Rcvd: Jan 28, 2019
                             Form ID: pdf900      Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2019.
```
db/jdb      +Curtis Clair Settle,   Cynthia Jean Settle,   112 Bedford Street,   Sproul, PA 16682-8109
14078668    #Beneficial,   Attn:  Research,   P.O. Box 1231,   Brandon, FL 33509-1231
14078669    #Beneficial,   Attn:  Payoffs,   P.O. Box 897,   Brandon, FL 33509-0897
14078667     Beneficial,   P.O. Box 5233,   Carol Stream, IL 60197-5233
14078670    +Blair County Tax Claim Bureau,   423 Allegheny Street,   Suite 143,
             Hollidaysburg, PA 16648-2047
14078674    +Credit Control Collections,   P.O. Box 72,   Altoona, PA 16603-0072
14187137    +Greenfield Township Municipal Authority,   PO Box 372,   Claysburg, PA 16625-0372
14078679    +Greenfield Township Tax Collector,   120 Carriage Lane,   Claysburg, PA 16625-7714
14078681    +HUD - FHA Title I Payments,   P.O. Box 105664,   Atlanta, GA 30348-5664
14078682    +HUD Office of Appeals,   451 7th Street, Room B-133,   Washington, DC 20410-0001
14078680    +Holiday Financial Services,   1451 Scalp Avenue, Suite 1,   Johnstown, PA 15904-3334
14132110    +LSF9 Master Participation Trust,   Caliber Home Loans, INC.,   13801 Wireless Way,
             Oklahoma City, OK 73134-2500
14078683     Magee-Womans Hospital of UPMC,   P.O. Box 382059,   Pittsburgh, PA 15250-8059
14078684    +Nason Hospital,   105 Nason Drive,   Roaring Spring, PA 16673-1202
14078690    +Subaru Motors Finance,   Chase,   P.O. Box 901037,   Fort Worth, TX 76101-2037
14078691    +Subaru Motors Finance c/o Chase,   P.O. Box 78101,   Phoenix, AZ 85062-8101
14078694     UPMC Physician Services,   P.O. Box 371980,   Pittsburgh, PA 15250-7980
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/Text: gocadle@cadleco.com Jan 29 2019 03:23:55     New Falls Corporation,
             100 N Center Street,   Newton Falls, OH 44444-1321
14078671     E-mail/Text: cms-bk@cms-collect.com Jan 29 2019 03:22:28     Capital Management Services, LP,
             698 1/2 South Ogden Street,   Suite 700,   Buffalo, NY 14206-2317
14078672     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 29 2019 03:19:39     Capital One,
             Attn: Bankruptcy,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
14078673     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 29 2019 03:19:39
             Capital One Bank (USA), N.A.,   P.O. Box 71083,   Charlotte, NC 28272-1083
14078675     E-mail/Text: vmcpherson@creditmanagementcompany.com Jan 29 2019 03:23:55
             Credit Management Company,   P.O. Box 16346,   Pittsburgh, PA 15242-0346
14078677     E-mail/Text: mrdiscen@discover.com Jan 29 2019 03:22:14     Discover,   P. O. Box 30943,
             Salt Lake City, UT 84130
14078676     E-mail/Text: mrdiscen@discover.com Jan 29 2019 03:22:14     Discover,   P.O. Box 71084,
             Charlotte, NC 28272-1084
14081179     E-mail/Text: mrdiscen@discover.com Jan 29 2019 03:22:14     Discover Bank,
             Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14078678    +E-mail/Text: mstover@gercls.com Jan 29 2019 03:24:32     Great Eastern Resort Corporation,
             610 West Rio Road,   Charlottesville, VA 22901-1412
14123715     E-mail/Text: bk.notifications@jpmchase.com Jan 29 2019 03:22:43     JPMorgan Chase Bank N.A.,
             National Bankruptcy Department,   P.O.Box 29505 AZ1-1191,   Phoenix , AZ 85038-9505
14113034    +E-mail/Text: bankruptcydpt@mcmcg.com Jan 29 2019 03:23:07
             Midland Credit Management, Inc. as agent for,   MIDLAND FUNDING LLC,   PO Box 2011,
             Warren, MI 48090-2011
14078685     E-mail/Text: gocadle@cadleco.com Jan 29 2019 03:23:55     New Falls Corporation,
             c/o Victor O. Buente, Jr., Esq.,   100 North Center Street,   Newton Falls, OH 44444-1321
14078686     E-mail/Text: gocadle@cadleco.com Jan 29 2019 03:23:55     New Falls Corporation,
             c/o Nina Evans, Account Officer,   100 North Center Street,   Newton Falls, OH 44444-1321
14093485    +E-mail/Text: gocadle@cadleco.com Jan 29 2019 03:23:55     New Falls Corporation,
             100 North Center Street,   Newton Falls, OH 44444-1321
14078689     E-mail/PDF: cbp@onemainfinancial.com Jan 29 2019 03:20:18     OneMain Financial,
             Bankruptcy Department,   P.O. Box 6042,   Sioux Falls, SD 57117-6042
14078687     E-mail/PDF: cbp@onemainfinancial.com Jan 29 2019 03:19:29     OneMain Financial,
             P.O. Box 183172,   Columbus, OH 43218-3172
14078688     E-mail/Text: cms-bk@cms-collect.com Jan 29 2019 03:22:28     OneMain Financial,
             c/o Capital Management Services, L.P.,   P.O. Box 120,   Buffalo, NY 14220-0120
14135787     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2019 03:19:46
             Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14078693     E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2019 03:18:53     Synchrony Bank,
             Attn: Bankruptcy Dept.,   P.O. Box 965061,   Orlando, FL 32896-5061
14078692     E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2019 03:18:53     Synchrony Bank,   P.O. Box 960061,
             Orlando, FL 32896-0061
14084302    +E-mail/Text: james.r.shear@hud.gov Jan 29 2019 03:24:30
             US Dept. of Housing and Urban Development,   52 Corporate Cir,   Albany, NY 12203-5166
                                                                                      TOTAL: 21
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr         Caliber Home Loans, Inc,, As Servicer For The Mort
cr         JPMORGAN CHASE BANK, NA
cr         LSF9 Master Participation Trust
```

```
District/off: 0315-7          User: jhel              Page 2 of 2             Date Rcvd: Jan 28, 2019
                             Form ID: pdf900          Total Noticed: 38

cr*          +Blair County Tax Claim Bureau,    423 Allegheny St. Ste 143,   Hollidaysburg, PA 16648-2047
                                                                                 TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2019 at the address(es) listed below:

```
          James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NA bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com,
          james.prostko@phelanhallinan.com
          Jeffrey A. Muriceak   on behalf of Creditor    Blair County Tax Claim Bureau
          jmuriceak@eveyblack.com,  choover@eveyblack.com
          Jill  Locnikar    on behalf of Defendant    United States Department of Housing and Urban
          Development jill.locnikar@usdoj.gov,  patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
          Jon A. McKechnie   on behalf of Plaintiff Curtis Clair Settle jmckechnie@shepleylaw.com,
          bk@shepleylaw.com
          Jon A. McKechnie   on behalf of Joint Debtor Cynthia Jean Settle jmckechnie@shepleylaw.com,
          bk@shepleylaw.com
          Jon A. McKechnie   on behalf of Debtor Curtis Clair Settle jmckechnie@shepleylaw.com,
          bk@shepleylaw.com
          Jon A. McKechnie   on behalf of Plaintiff Cynthia Jean Settle jmckechnie@shepleylaw.com,
          bk@shepleylaw.com
          Joseph P. Schalk    on behalf of Creditor    Caliber Home Loans, Inc,, As Servicer For The
          Mortgagee Of Record jschalk@barley.com,  sromig@barley.com
          Joseph P. Schalk    on behalf of Creditor    LSF9 Master Participation Trust jschalk@barley.com,
          sromig@barley.com
          Karina  Velter    on behalf of Creditor    JPMORGAN CHASE BANK, NA amps@manleydeas.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                 TOTAL: 13
```