# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| CURTIS CLAIRE SETTLE and CYNTHIA JEAN SETTLE, | : | Bankruptcy No. 15-70511 JAD |
| Debtors. | : | Chapter 13 |
| CYNTHIA JEAN SETTLE and RONDA WINNECOUR, Trustee, | : | Doc. No. 91 |
| Movant(s), | : | |
| | : | Related to Doc. Nos. 88 & 89 |
| vs. | : | |
| PRESBYTERIAN HOMES PRESBYTERY HUNTINGDON, | : | |
| Respondent. | : | |

## NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

Name of employer or other party subject to wage attachment: Presbyterian Homes Presbytery Huntingdon.

Debtor's name: Cynthia Jean Settle.

Debtor's nine digit social security number: xxx-xx-4300.

Debtor's address: 112 Bedford Street, Sproul, PA 16682.

Debtor's phone number: (814) 937-3994.

This notification is accompanied by a Wage Attachment Order issued by a United States Bankruptcy Judge regarding attachment of the debtor's wages. The debtor's social security number is being provided to assist in complying with the court order.

Date: February 4, 2019

/s/ Jon A. McKechnie
Jon A. McKechnie, Esq. #36268
Harold Shepley & Associates, LLC
209 W. Patriot Street
Somerset, PA 15501
(814) 444-0500
(814) 444-0600 FAX
jmckechnie@shepleylaw.com