# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>CURTIS CLAIR SETTLE<br>CYNTHIA JEAN SETTLE | Case No. 15-70511JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>JPMORGAN CHASE BANK NA | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

| | |
|---|---|
| JPMORGAN CHASE BANK NA<br>PO BOX 901032<br>FT WORTH, TX 76101-2032 | Court claim# 8/Trustee CID# 4 |

The Movant further certifies that on 08/06/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |
| cc: debtor(s)<br>    original creditor<br>    putative creditor<br>    counsel for debtor(s)<br>    counsel for the creditor(s) (if known) | |

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| CURTIS CLAIR SETTLE, CYNTHIA JEAN SETTLE, 112 BEDFORD STREET, SPROUL, PA  16682 | JON A MCKECHNIE ESQ, HAROLD SHEPLEY & ASSOC LLC, 209 W PATRIOT ST, SOMERSET, PA  15501 |
| ORIGINAL CREDITOR: | : |
| JPMORGAN CHASE BANK NA, PO BOX 901032, FT WORTH, TX 76101-2032 | CHAPTER 13 BANKRUPTCY NOTICING, PO BOX 29505 AZ1-1191, PHOENIX, AZ  85038-9505 |
| ORIGINAL CREDITOR'S COUNSEL: | |
| JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 | |
| NEW CREDITOR: | |