**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/13/2020

IN RE:

CURTIS CLAIR SETTLE
CYNTHIA JEAN SETTLE
112 BEDFORD STREET
SPROUL, PA 16682
XXX-XX-4081           Debtor(s)

XXX-XX-4300

Case No.15-70511 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/13/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | INT % / Cred Desc / Account No. |
|---|---|---|
| **LSF9 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC - SVCR<br>PO BOX 24330<br>OKLAHOMA CITY, OK  73124 | Trustee Claim Number: 1<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: PMT/CL-PL*786.57x(60+2)=LMT*1ST*BGN 8/15 | INT %: 0.00%<br>CRED DESC: MORTGAGE REGULAR PAYMENT<br>ACCOUNT NO.: 9427 |
| **GREAT EASTERN RESORT CORPORATION**<br>POB 6006<br>CHARLOTTESVILLE, VA  22906 | Trustee Claim Number: 2<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SURR/PL*NT ADR/SCH | INT %: 0.00%<br>CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **US DEPARTMENT OF HUD(*)**<br>HUD TITLE 1 NOTES**<br>PO BOX 6200-02<br>PORTLAND, OR  97228 | Trustee Claim Number: 3<br>Court Claim Number: 2<br>CLAIM: 15,177.89<br>COMMENT: UNSEC STIP/OE*2ND | INT %: 0.00%<br>CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9524 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 901032<br>FT WORTH, TX  76101-2032 | Trustee Claim Number: 4<br>Court Claim Number: 8<br>CLAIM: 19,370.44<br>COMMENT: RS/OE*21806.74/CL-PL@7.99%/PL*DK*PIF/CRDTR | INT %: 7.99%<br>CRED DESC: VEHICLE<br>ACCOUNT NO.: 1600 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 901032<br>FT WORTH, TX  76101-2032 | Trustee Claim Number: 5<br>Court Claim Number: 10<br>CLAIM: 5,295.99<br>COMMENT: 6175.94 CL-PL@SUBARU MOTORS@8.74%/PL@K*PLNTK*PIF/CR/LTR | INT %: 8.74%<br>CRED DESC: VEHICLE<br>ACCOUNT NO.: 1203 |
| **BLAIR COUNTY TAX CLM BUREAU***<br>423 ALLEGHENY ST STE 143<br>HOLLIDAYSBURG, PA  16648 | Trustee Claim Number: 6<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: RMVD/AMD PL*SEE CID 24 | INT %: 0.00%<br>CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2699 |
| **CAPITAL ONE BANK NA****<br>C/O AMERICAN INFOSOURCE LP - AGENT<br>POB 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 7<br>Court Claim Number: 4<br>CLAIM: 4,201.16<br>COMMENT: | INT %: 0.00%<br>CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6293 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number: 8<br>Court Claim Number: 1<br>CLAIM: 1,093.21<br>COMMENT: | INT %: 0.00%<br>CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9320 |
| **HOLIDAY FINANCIAL SERVICES**<br>1451 SCALP AVE STE 1<br>JOHNSTOWN, PA  15904 | Trustee Claim Number: 9<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%<br>CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1517 |
| **MAGEE WOMENS HOSPITAL OF UPMC**<br>300 HALKET ST<br>PITTSBURGH, PA  15213-3180 | Trustee Claim Number: 10<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | INT %: 0.00%<br>CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4238 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **NASON HOSPITAL**<br>105 NASON DRIVE<br>ROARING SPRING, PA 16673 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0140 |
| **NEW FALLS CORP**<br>100 N CENTER ST<br>NEWTON FALLS, OH 44444 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 6,897.35<br>COMMENT: JUDGMENT~AVD/DOE*1074/SCH*CL=UNS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4300/09201074 |
| **ONE MAIN FINANCIAL(*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0151 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 9,685.06<br>COMMENT: ONE MAIN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9109 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,587.42<br>COMMENT: SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5030 |
| **UNIVERSITY OF PGH PHYSICIAN++**<br>POB 371980<br>PITTSBURGH, PA 15250-7980 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: MULT |
| **ANDREW L SPIVACK ESQ FOR JOSEPH P SCHA**<br>PHELAN HALLINAN DIAMOND & JONES<br>1617 JFK BLVD STE 1400<br>PHILADELPHIA, PA 19103-1814 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LSF9 MASTER PRTCPTN TRUST/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 3,689.74<br>COMMENT: ACNT NUM NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5238 |
| **LSF9 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC - SVCR<br>PO BOX 24330<br>OKLAHOMA CITY, OK 73124 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 11,605.75<br>COMMENT: $/CL-PL*1ST*THRU 7/15 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9427 |
| **US DEPARTMENT OF HUD(*)**<br>HUD TITLE 1 NOTES**<br>PO BOX 6200-02<br>PORTLAND, OR 97228 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: CL 5@15177.89 DUP @ CID 3*W/D @ OE STIP DOC 10 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 9524 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **GREENFIELD TOWNSHIP MUNICIPAL AUTHORIT**<br>POB 372<br>CLAYSBURG, PA  16625 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 910.94<br>COMMENT: NT/SCH-PL*LATE*SWG | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 017800 |
| **LSF9 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC - SVCR<br>PO BOX 24330<br>OKLAHOMA CITY, OK  73124 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 625.70<br>COMMENT: $/OE*NT/PL*1769.70/NTC-POSTPET FEE/EXP*REF CL*W/19*DK! | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 9427 |
| **LSF9 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC - SVCR<br>PO BOX 24330<br>OKLAHOMA CITY, OK  73124 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 0.00<br>COMMENT: 1050 DISALLOWED/OE*NT/PL*NTC-POSTPET FEE/EXP*SUPP REF CL*W/19*DK! | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 9427 |
| **BLAIR COUNTY TAX CLM BUREAU***<br>423 ALLEGHENY ST STE 143<br>HOLLIDAYSBURG, PA  16648 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 0.00<br>COMMENT: CL @ 467.82 W/DRAWN*DOC 64*SEE CID 6 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2699 |
| **KARINA VELTER ESQ**<br>MANLEY DEAS KOCHALSKI LLC<br>PO BOX 165028<br>COLUMBUS, OH  43216-5028 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JPMORGAN CHASE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |