# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>CURTIS CLAIR SETTLE,<br>CYNTHIA JEAN SETTLE,<br>     **DEBTORS**. | Case No. 15-70511-JAD<br><br>Chapter 13<br><br>Doc. No.<br><br>Related to Doc. Nos. 106, 107 |
| CURTIS CLAIR SETTLE,<br>CYNTHIA JEAN SETTLE,<br>     **MOVANTS**, | |
| v. | |
| Beneficial,<br>Blair County Tax Claim Bureau,<br>Capital Management Services, LP,<br>Capital One,<br>Capital One Bank (USA), N.A.,<br>Credit Control Collections,<br>Credit Management Company,<br>Discover,<br>Discover Bank,<br>Jeffrey A. Muriceak, Esq.,<br>Great Eastern Resort Corporation,<br>Greenfield Township Municipal Authority,<br>Greenfield Township Tax Collector,<br>Holiday Financial Services,<br>HUD - FHA Title I Payments,<br>HUD Office of Appeals,<br>James C. Warmbrodt, Esq.,<br>Joseph P. Schalk, Esq.,<br>JPMorgan Chase Bank N.A.,<br>LSF9 Master Participation Trust,<br>Magee-Womans Hospital of UPMC,<br>Midland Credit Management, Inc. as agent<br>for Midland Funding, LLC,<br>Nason Hospital,<br>New Falls Corporation,<br>OneMain Financial,<br>Pennsylvania Dept. of Revenue,<br>Portfolio Recovery Associates, LLC,<br>Subaru Motors Finance,<br>Subaru Motors Finance c/o Chase,<br>Synchrony Bank,<br>UPMC Physician Services,<br>U.S. Bank Trust National Association, as Trustee of the<br>FW Series I Trust,<br>US Dept. of Housing and Urban,<br>Office of the United States Trustee,<br>Ronda J. Winnecour, Esq.,<br>     **RESPONDENTS.** | |

## CERTIFICATE OF SERVICE

      I certify under the penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 1st day of July 2020, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by First-Class United States Mail, Postage Prepaid, on the respondent(s) at their respective addresses as shown on the attached list.

Executed on:   07/01/2020                             /s/ Daniel J. Boger, Esq.
                                                                                 Daniel J. Boger, Esq.
                                                                                 PA Bar ID No. 092961
                                                                                 Harold Shepley & Associates, LLC
                                                                                 209 W. Patriot Street
                                                                                 Somerset, PA 15501
                                                                                 Phone: (814) 444-0500
                                                                                 Fax:    (814) 444-0600
                                                                                 E-mail: dboger@shepleylaw.com

| | | |
|---|---|---|
| Beneficial<br>Attn: Research<br>P.O. Box 1231<br>Brandon, FL 33509-1231 | Beneficial<br>Attn: Payoffs<br>P.O. Box 897<br>Brandon, FL 33509-0897 | Blair County Tax Claim Bureau<br>423 Allegheny Street<br>Suite 143<br>Hollidaysburg, PA 16648-2022 |
| Capital Management Services, LP<br>698 1/2 South Ogden Street<br>Suite 700<br>Buffalo, NY 14206-2317 | Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 |
| Credit Control Collections<br>P.O. Box 72<br>Altoona, PA 16603 | Credit Management Company<br>P.O. Box 16346<br>Pittsburgh, PA 15242-0346 | Discover<br>P.O. Box 71084<br>Charlotte, NC 28272-1084 |
| Discover<br>P. O. Box 30943<br>Salt Lake City, UT 84130 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Evey Black Attorneys<br>Jeffrey A. Muriceak, Esq.<br>401 Allegheny Street<br>P.O. Box 415<br>Hollidaysburg, PA 16648 |
| Great Eastern Resort Corporation<br>610 West Rio Road<br>Charlottesville, VA 22906 | Greenfield Township Municipal Authority<br>P.O. Box 372<br>Claysburg, PA 16625 | Greenfield Township Tax Collector<br>120 Carriage Lane<br>Claysburg, PA 16625 |
| Holiday Financial Services<br>1451 Scalp Avenue, Suite 1<br>Johnstown, PA 15904-5591 | HUD - FHA Title I Payments<br>P.O. Box 105664<br>Atlanta, GA 30348 | HUD Office of Appeals<br>451 7th Street, Room B-133<br>Washington, DC 20410 |
| James C. Warmbrodt, Esq.<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Joseph P. Schalk, Esq.<br>Phelan Hallinan Diamond & Jones, LLP<br>Omni William Penn Office Tower<br>555 Grant Street, Suite 300<br>Pittsburgh, PA 15219 | JPMorgan Chase Bank N.A.<br>National Bankruptcy Department<br>P.O. Box 29505 AZ1-1191<br>Phoenix, AZ 85038-9505 |
| JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O. Box 29505 AZ1-1191<br>Phoenix, AZ 85038-9505 | JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O. Box 29505 AZ-1191<br>Phoenix, AZ 85038-9505 | LSF9 Master Participation Trust<br>Caliber Home Loans, Inc.<br>13801 Wireless Way<br>Oklahoma City, OK 73134 |
| Magee-Womans Hospital of UPMC<br>P.O. Box 382059<br>Pittsburgh, PA 15250-8059 | Midland Credit Management, Inc. as agent<br>for Midland Funding, LLC<br>P.O. Box 2011<br>Warren, MI 48090 | Nason Hospital<br>105 Nason Drive<br>Roaring Spring, PA 16673-1202 |
| New Falls Corporation<br>c/o Victor O. Buente, Jr., Esq.<br>100 North Center Street<br>Newton Falls, OH 44444-1321 | New Falls Corporation<br>Attention: 09201074<br>100 North Center Street<br>Newton Falls, OH 44444 | New Falls Corporation<br>c/o Nina Evans, Account Officer<br>100 North Center Street<br>Newton Falls, OH 44444-1321 |

| | | |
|---|---|---|
| Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 | OneMain Financial<br>P.O. Box 183172<br>Columbus, OH 43218-3172 | OneMain Financial<br>c/o Capital Management Services, L.P.<br>P.O. Box 120<br>Buffalo, NY 14220-0120 |
| OneMain Financial<br>Bankruptcy Department<br>P.O. Box 6042<br>Sioux Falls, SD 57117-6042 | Pennsylvania Dept. of Revenue<br>Dept. 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 |
| Ronda J. Winnecour, Esq.<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Subaru Motors Finance<br>Chase<br>P.O. Box 901037<br>Fort Worth, TX 76101-2037 | Synchrony Bank<br>P.O. Box 960061<br>Orlando, FL 32896-0061 |
| Synchrony Bank<br>Attn:  Bankruptcy Dept.<br>P.O. Box 965061<br>Orlando, FL 32896-5061 | UPMC Physician Services<br>P.O. Box 371980<br>Pittsburgh, PA 15250-7980 | US Dept. of Housing and Urban Development<br>52 Corporate Cir<br>Albany, NY 12203 |
| U.S. Bank Trust National Association,<br>As Trustee of the FW Series I Trust<br>C/O SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501 | | |