**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-70511-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Curtis Clair Settle
112 Bedford Street
Sproul PA 16682

Cynthia Jean Settle
112 Bedford Street
Sproul PA 16682

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/30/2020.

Name and Address of Alleged Transferor(s):

Claim No. 9: U.S. Bank Trust National Association, as, Trustee of the FW Series I Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501

Name and Address of Transferee:

U.S. Bank Trust National Association, as
Trustee of the FW Series I Trust
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/02/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Curtis Clair Settle
Cynthia Jean Settle
         Debtors

Case No. 15-70511-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: bsil                Page 1 of 1                Date Rcvd: Jun 30, 2020
                              Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15257251       +E-mail/Text: bknotices@snsc.com Jul 01 2020 06:09:39
                 U.S. Bank Trust National Association, as,   Trustee of the FW Series I Trust,
                 c/o SN Servicing Corporation,   323 Fifth Street,   Eureka, CA 95501-0305
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2020 at the address(es) listed below:
              Daniel J. Boger    on behalf of Joint Debtor Cynthia Jean Settle dnlboger@yahoo.com,
               dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
              Daniel J. Boger    on behalf of Debtor Curtis Clair Settle dnlboger@yahoo.com,
               dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
              James  Warmbrodt    on behalf of Creditor   JPMORGAN CHASE BANK, NA bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor   LSF9 Master Participation Trust pawb@fedphe.com
              Jeffrey A. Muriceak    on behalf of Creditor   Blair County Tax Claim Bureau
               jmuriceak@eveyblack.com,  choover@eveyblack.com
              Jill  Locnikar    on behalf of Defendant   United States Department of Housing and Urban
               Development jill.locnikar@usdoj.gov,  patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
              Jon A. McKechnie    on behalf of Joint Debtor Cynthia Jean Settle jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Jon A. McKechnie    on behalf of Debtor Curtis Clair Settle jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Jon A. McKechnie    on behalf of Plaintiff Cynthia Jean Settle jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Jon A. McKechnie    on behalf of Plaintiff Curtis Clair Settle jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Joseph P. Schalk    on behalf of Creditor   Caliber Home Loans, Inc,, As Servicer For The
               Mortgagee Of Record jschalk@barley.com,  sromig@barley.com
              Joseph P. Schalk    on behalf of Creditor   LSF9 Master Participation Trust jschalk@barley.com,
               sromig@barley.com
              Karina  Velter    on behalf of Creditor   JPMORGAN CHASE BANK, NA amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 15