## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>CURTIS CLAIR SETTLE,<br>CYNTHIA JEAN SETTLE,<br>     **Debtor(s).** | **Case No.** 15-70511-JAD |
| | **Chapter** 13 |
| CURTIS CLAIR SETTLE,<br>CYNTHIA JEAN SETTLE, | **Doc. No.** |
| | **Related to Doc. No.** |
|      **Movant(s).** | **Responses Due: July 27, 2020** |
| v. | **Hearing Date & Time:**<br>**Wednesday, August 5, 2020 at 10:00 A.M.** |
| BENEFICIAL,<br>BLAIR COUNTY TAX CLAIM BUREAU,<br>CAPITAL MANAGEMENT SERVICES, LP,<br>CAPITAL ONE,<br>CAPITAL ONE BANK (USA), N.A.,<br>CREDIT CONTROL COLLECTIONS,<br>CREDIT MANAGEMENT COMPANY,<br>DISCOVER,<br>DISCOVER BANK,<br>EVEY BLACK ATTORNEYS,<br>GREAT EASTERN RESORT CORPORATION,<br>GREENFIELD TOWNSHIP MUNICIPAL AUTHORITY,<br>GREENFIELD TOWNSHIP TAX COLLECTOR,<br>HOLIDAY FINANCIAL SERVICES,<br>HUD - FHA TITLE I PAYMENTS,<br>HUD OFFICE OF APPEALS,<br>JAMES C. WARMBRODT, ESQ.,<br>JOSEPH P. SCHALK, ESQ.,<br>JPMORGAN CHASE BANK N.A.,<br>LSF9 MASTER PARTICIPATION TRUST<br>CALIBER HOME LOANS, INC.,<br>MAGEE-WOMANS HOSPITAL OF UPMC,<br>MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR MIDLAND FUNDING, LLC,<br>NASON HOSPITAL,<br>NEW FALLS CORPORATION,<br>ONEMAIN FINANCIAL,<br>PENNSYLVANIA DEPT. OF REVENUE,<br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br>SUBARU MOTORS FINANCE,<br>SYNCHRONY BANK,<br>U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE FW SERIES I TRUST,<br>UPMC PHYSICIAN SERVICES, | |

US DEPT. OF HOUSING AND URBAN DEVELOPMENT,
OFFICE OF THE UNITED STATES TRUSTEE,
RONDA J. WINNECOUR, ESQ., CHAPTER 13 TRUSTEE,

**Respondent(s).**

### NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF CURTIS CLAIR SETTLE AND CYNTHIA JEAN SETTLE FOR ORDER APPROVING POST-PETITION AUTOMOBILE FINANCING

TO THE RESPONDENT(S):

You are hereby notified that the Movants seek an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movants a response to the Motion by no later than July 27, 2020 (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.

If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.

Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled. You should take this Notice and the Motion to a lawyer at once.

A telephonic hearing will be held on Wednesday, August 5, 2020 at 10:00 A.M. before the Honorable Jeffery A. Deller. Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's cases, which may be found on the Court's webpage at www.pawb.uscourts.gov.

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service:  07/10/2020   /s/ Daniel J. Boger, Esq.
Daniel J. Boger, Esq.
PA Bar I.D. No. 92961
Harold Shepley & Associates, LLC
209 West Patriot Street
Somerset, PA 15501
Telephone: (814) 444-0500
E-mail: dboger@shepleylaw.com
**Counsel for the Debtor(s)/Movant(s).**