**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>CURTIS CLAIR SETTLE,<br>CYNTHIA JEAN SETTLE,<br>    **Debtor(s).** | **Case No.** 15-70511-JAD |
| | **Chapter** 13 |
| CURTIS CLAIR SETTLE,<br>CYNTHIA JEAN SETTLE, | **Doc. No.** |
| | **Related to Doc. No.** |
|     **Movant(s).** | **Responses Due: July 27, 2020** |
|     v. | **Hearing Date & Time:**<br>**Wednesday, August 5, 2020 at 10:00 A.M.** |
| BENEFICIAL,<br>BLAIR COUNTY TAX CLAIM BUREAU,<br>CAPITAL MANAGEMENT SERVICES, LP,<br>CAPITAL ONE,<br>CAPITAL ONE BANK (USA), N.A.,<br>CREDIT CONTROL COLLECTIONS,<br>CREDIT MANAGEMENT COMPANY,<br>DISCOVER,<br>DISCOVER BANK,<br>EVEY BLACK ATTORNEYS,<br>GREAT EASTERN RESORT CORPORATION,<br>GREENFIELD TOWNSHIP MUNICIPAL AUTHORITY,<br>GREENFIELD TOWNSHIP TAX COLLECTOR,<br>HOLIDAY FINANCIAL SERVICES,<br>HUD - FHA TITLE I PAYMENTS,<br>HUD OFFICE OF APPEALS,<br>JAMES C. WARMBRODT, ESQ.,<br>JOSEPH P. SCHALK, ESQ.,<br>JPMORGAN CHASE BANK N.A.,<br>LSF9 MASTER PARTICIPATION TRUST<br>CALIBER HOME LOANS, INC.,<br>MAGEE-WOMANS HOSPITAL OF UPMC,<br>MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR MIDLAND FUNDING, LLC,<br>NASON HOSPITAL,<br>NEW FALLS CORPORATION,<br>ONEMAIN FINANCIAL,<br>PENNSYLVANIA DEPT. OF REVENUE,<br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br>SUBARU MOTORS FINANCE,<br>SYNCHRONY BANK,<br>U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE FW SERIES I TRUST,<br>UPMC PHYSICIAN SERVICES, | |

US DEPT. OF HOUSING AND URBAN
DEVELOPMENT,
OFFICE OF THE UNITED STATES TRUSTEE,
RONDA J. WINNECOUR, ESQ., CHAPTER 13 TRUSTEE,

     Respondent(s).

### CERTIFICATE OF SERVICE FOR NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF CURTIS CLAIR SETTLE AND CYNTHIA JEAN SETTLE FOR ORDER APPROVING POST-PETITION AUTOMOBILE FINANCING, MOTION FOR APPROVAL OF POST-PETITION AUTOMOBILE FINANCING, ORDER, DEFAULT ORDER

     I certify under the penalty of perjury that I served the above-captioned documents on the parties at their respective addresses specified below, the Chapter 13 Trustee, and the Office of the United States Trustee on July 10, 2020.

     The types of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class United States Mail, Postage Prepaid.

Parties Served by First-Class Mail: Please refer to the attached list of parties served.

                                              /s/ Daniel J. Boger, Esq.
                                              Daniel J. Boger, Esq.
                                              PA Bar ID No. 92961
                                              Harold Shepley & Associates, LLC
                                              209 West Patriot Street
                                              Somerset, PA 15501
                                              Telephone: (814) 444-0500
                                              E-Mail: dboger@shepleylaw.com
                                              Counsel for the Debtor(s)/Movant(s)