<span style="color:red">**DEFAULT O/E JAD**</span>

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:**<br>CURTIS CLAIR SETTLE,<br>CYNTHIA JEAN SETTLE,<br>     **Debtor(s).** | **Case No.** 15-70511-JAD<br><br>**Chapter** 13<br><br>**Doc. No.** |
| CURTIS CLAIR SETTLE,<br>CYNTHIA JEAN SETTLE, | **Related to Doc. No.**  110 |
| **Movant(s).** | **Responses Due: July 27, 2020** |
| **v.** | **Hearing Date & Time:**<br>**Wednesday, August 5, 2020 at 10:00 A.M.** |

BENEFICIAL,
BLAIR COUNTY TAX CLAIM BUREAU,
CAPITAL MANAGEMENT SERVICES, LP,
CAPITAL ONE,
CAPITAL ONE BANK (USA), N.A.,
CREDIT CONTROL COLLECTIONS,
CREDIT MANAGEMENT COMPANY,
DISCOVER,
DISCOVER BANK,
EVEY BLACK ATTORNEYS,
GREAT EASTERN RESORT CORPORATION,
GREENFIELD TOWNSHIP MUNICIPAL AUTHORITY,
GREENFIELD TOWNSHIP TAX COLLECTOR,
HOLIDAY FINANCIAL SERVICES,
HUD - FHA TITLE I PAYMENTS,
HUD OFFICE OF APPEALS,
JAMES C. WARMBRODT, ESQ.,
JOSEPH P. SCHALK, ESQ.,
JPMORGAN CHASE BANK N.A.,
LSF9 MASTER PARTICIPATION TRUST
CALIBER HOME LOANS, INC.,
MAGEE-WOMANS HOSPITAL OF UPMC,
MIDLAND CREDIT MANAGEMENT, INC. AS AGENT
FOR MIDLAND FUNDING, LLC,
NASON HOSPITAL,
NEW FALLS CORPORATION,
ONEMAIN FINANCIAL,
PENNSYLVANIA DEPT. OF REVENUE,
PORTFOLIO RECOVERY ASSOCIATES, LLC,
SUBARU MOTORS FINANCE,
SYNCHRONY BANK,
U.S. BANK TRUST NATIONAL ASSOCIATION, AS
TRUSTEE OF THE FW SERIES I TRUST,
UPMC PHYSICIAN SERVICES,

US DEPT. OF HOUSING AND URBAN
DEVELOPMENT,
OFFICE OF THE UNITED STATES TRUSTEE,
RONDA J. WINNECOUR, ESQ., CHAPTER 13 TRUSTEE,

**Respondent(s).**

## ORDER

AND NOW, this _____29th_____ day of _____July_____, 2020, it is hereby

**ORDERED** that the Motion to Approve Post-Petition Automobile Financing is **APPROVED** and the

Debtors and Movants herein are authorized to entered into a loan for the purchase of an automobile.

The total purchase price shall not exceed $30,000.00; the monthly automobile loan payment shall

not exceed $400.00; and the applicable interest rate shall not exceed 20.00%.

If the Debtors and Movants herein are able to obtain the financing authorized herein, the Debtors

and Movants herein shall file an Amended Chapter 13 Plan that provides for payment of the automobile

loan on or before the 45th day after the date of the loan.

Date: _____July 29, 2020_____

_____  sjk
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

FILED
7/29/20 11:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 15-70511-JAD
Curtis Clair Settle                                                             Chapter 13
Cynthia Jean Settle
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7              User: bsil                Page 1 of 1              Date Rcvd: Jul 29, 2020
                                 Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2020.
db/jdb          +Curtis Clair Settle,    Cynthia Jean Settle,    112 Bedford Street,    Sproul, PA 16682-8109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                                     Signature: _/s/Joseph Speetjens_

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2020 at the address(es) listed below:
              Daniel J. Boger    on behalf of Joint Debtor Cynthia Jean Settle dnlboger@yahoo.com,
               dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
              Daniel J. Boger    on behalf of Debtor Curtis Clair Settle dnlboger@yahoo.com,
               dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NA bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Jeffrey A. Muriceak    on behalf of Creditor    Blair County Tax Claim Bureau
               jmuriceak@eveyblack.com,    choover@eveyblack.com
              Jill Locnikar    on behalf of Defendant    United States Department of Housing and Urban
               Development jill.locnikar@usdoj.gov,    patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
              Jon A. McKechnie    on behalf of Joint Debtor Cynthia Jean Settle jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Jon A. McKechnie    on behalf of Debtor Curtis Clair Settle jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Jon A. McKechnie    on behalf of Plaintiff Cynthia Jean Settle jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Jon A. McKechnie    on behalf of Plaintiff Curtis Clair Settle jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Joseph P. Schalk    on behalf of Creditor    Caliber Home Loans, Inc,, As Servicer For The
               Mortgagee Of Record jschalk@barley.com,    sromig@barley.com
              Joseph P. Schalk    on behalf of Creditor    LSF9 Master Participation Trust jschalk@barley.com,
               sromig@barley.com
              Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, NA amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                         TOTAL: 15