## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
CURTIS CLAIR SETTLE
CYNTHIA JEAN SETTLE

      Debtor(s)

Ronda J. Winnecour

      Movant

  vs.

US BANK TRUST NA - TRUSTEE FW
SERIES I TRUST    Respondent(s)

Case No. 15-70511JAD

Chapter 13

Document No.___

### INTERIM NOTICE OF CURE OF ARREARS

Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3001(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 19
Court Claim Number - 9

         9/11/2020

/s/   Ronda J. Winnecour_____
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    CURTIS CLAIR SETTLE
    CYNTHIA JEAN SETTLE

        Debtor(s)

    Ronda J. Winnecour

        Movant
    vs.

    US BANK TRUST NA - TRUSTEE FW
SERIES I TRUST
        Respondent(s)

Case No.:15-70511JAD

Chapter 13

Document No.___

## CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

CURTIS CLAIR SETTLE, CYNTHIA JEAN SETTLE, 112 BEDFORD STREET, SPROUL, PA 16682
DANIEL J BOGER ESQ, HAROLD SHEPLEY & ASSOC LLC, 209 W PATRIOT ST, SOMERSET, PA 15501
US BANK TRUST NA - TRUSTEE FW SERIES I TRUST, C/O SN SERVICING CORP(*), 323 FIFTH ST, EUREKA, CA 95501
PHELAN HALLINAN DIAMOND & JONES LLP, OMNI WILLIAM PENN OFFICE TOWER, 555 GRANT ST STE 300, PITTSBURGH, PA 15219

09/11/2020

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com