**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br>CURTIS CLAIR SETTLE,<br>CYNTHIA JEAN SETTLE,<br>     **Debtor(s).**<br><br>CURTIS CLAIR SETTLE,<br>CYNTHIA JEAN SETTLE,<br><br>     **Movant(s).**<br><br>     v.<br><br>RONDA J. WINNECOUR, ESQ.,<br>CHAPTER 13 TRUSTEE,<br>     **Respondent.** | Case No. 15-70511-JAD<br><br>**Chapter** 13<br><br>**Doc. No.**<br><br>**Related to Doc. No.** |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On June 29, 2020 at docket numbers 101 and 102, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by the undersigned counsel who duly questioned the Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated:  11/05/2020      By:    /s/ Daniel J. Boger, Esq.
                               Daniel J. Boger, Esq.
                               PA Bar ID No. 92961
                               Harold Shepley & Associates, LLC
                               209 W. Patriot Street
                               Somerset, PA 15501
                               Phone: (814) 444-0500
                               E-Mail: dboger@shepleylaw.com