**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  CURTIS CLAIR SETTLE<br>CYNTHIA JEAN SETTLE<br>         Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>       vs.<br>  CURTIS CLAIR SETTLE<br>CYNTHIA JEAN SETTLE<br><br>       Respondents | Case No.15-70511JAD<br><br>Chapter 13<br><br> Related to<br>Document No. __122__ |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __1st__ day of __December__, 20__20__, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Presbyterian Homes/Presbyterian Senior Living
> Attn: Payroll Manager
> 1 Trinity Dr E Ste 201
> Dillsburg, PA 17019-

is hereby ordered to immediately terminate the attachment of the wages of CYNTHIA JEAN SETTLE, social security number XXX-XX-4300. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CYNTHIA JEAN SETTLE.

BY THE COURT:

_____ sjk

UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
   Debtor(s) Attorney
   Debtor(s) Employer

FILED
12/1/20 8:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-70511-JAD |
| Curtis Clair Settle | Chapter 13 |
| Cynthia Jean Settle | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: aala | Page 1 of 2 |
| Date Rcvd: Dec 01, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

**Recip ID       Recipient Name and Address**
db/jdb         + Curtis Clair Settle, Cynthia Jean Settle, 112 Bedford Street, Sproul, PA 16682-8109

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2020            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  NA bnicholas@kmllawgroup.com |
| Daniel J. Boger | on behalf of Joint Debtor Cynthia Jean Settle dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Daniel J. Boger | on behalf of Debtor Curtis Clair Settle dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| James A. Prostko | on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com |
| Jeffrey A. Muriceak | on behalf of Creditor Blair County Tax Claim Bureau jmuriceak@eveyblack.com  choover@eveyblack.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: aala | Page 2 of 2 |
| Date Rcvd: Dec 01, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Jill Locnikar
    on behalf of Defendant United States Department of Housing and Urban Development jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jon A. McKechnie
    on behalf of Joint Debtor Cynthia Jean Settle jmckechnie@shepleylaw.com  bk@shepleylaw.com

Jon A. McKechnie
    on behalf of Debtor Curtis Clair Settle jmckechnie@shepleylaw.com  bk@shepleylaw.com

Jon A. McKechnie
    on behalf of Plaintiff Cynthia Jean Settle jmckechnie@shepleylaw.com  bk@shepleylaw.com

Jon A. McKechnie
    on behalf of Plaintiff Curtis Clair Settle jmckechnie@shepleylaw.com  bk@shepleylaw.com

Joseph P. Schalk
    on behalf of Creditor Caliber Home Loans  Inc,, As Servicer For The Mortgagee Of Record jschalk@barley.com, sromig@barley.com

Joseph P. Schalk
    on behalf of Creditor LSF9 Master Participation Trust jschalk@barley.com  sromig@barley.com

Karina Velter
    on behalf of Creditor JPMORGAN CHASE BANK  NA amps@manleydeas.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 15