**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>CURTIS CLAIR SETTLE,<br>CYNTHIA JEAN SETTLE,<br>    **Debtor(s).**<br><br>CURTIS CLAIR SETTLE,<br>CYNTHIA JEAN SETTLE,<br><br>    **Movant(s).**<br><br>    v.<br><br>ERDMAN ANTHONY ASSOCIATES, INC.,<br>    **Respondent(s)**,<br><br>RONDA J. WINNECOUR, TRUSTEE,<br>    **Additional Respondent.** | **Case No.** 15-70511-JAD<br><br>**Chapter** 13<br><br>**Doc. No.**<br><br>**Related to Doc. No. 123** |

### CERTIFICATE OF SERVICE FOR ORDER TO STOP PAYROLL DEDUCTIONS

I certify under the penalty of perjury that I served the above-captioned document on the party at its respective address specified below, the Chapter 13 Trustee, and the Office of the United States Trustee on December 4, 2020.

The types of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class United States Mail, Postage Prepaid.

Parties Served by First-Class Mail:

Erdman Anthony Associates, Inc.
Attn: Payroll Manager
100 Sterling Parkway Ste 212
Mechanicsburg, PA 17055

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Date:  12/04/2020

/s/ Daniel J. Boger, Esq.
Daniel J. Boger, Esq.
PA Bar I.D. No. 92961
Harold Shepley & Associates, LLC
209 West Patriot Street
Somerset, PA 15501
Telephone: (814) 444-0500
E-mail: dboger@shepleylaw.com
**Counsel for the Debtor(s)/Movant(s).**