**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **CURTIS CLAIR SETTLE** |
| Debtor 2 (Spouse, if filing) | **CYNTHIA JEAN SETTLE** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **15-70511JAD** |

# Form 4100N
# Notice of Final Cure Payment                                        10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

**Name of creditor:** US BANK TRUST NA - TRUSTEE FW SERIES I

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 4 6 2 7

**Property Address:** 112 BEDFORD ST
SPROUL PA 16682

## Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                                                   **Amount**

| | | | |
|---|---|---|---:|
| a. | Allowed prepetition arrearage: | (a) $ | 11,605.75 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 11,605.75 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 625.70 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 625.70 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 12,231.45 |

## Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

    Current monthly mortgage payment                                            $     $786.57

    The next postpetition payment is due on   1 / 1 / 2021
                                                       MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **CURTIS CLAIR SETTLE** | Case number *(if known)* | **15-70511JAD** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✗ /s/ Ronda J. Winnecour    Date  01/07/2021
Signature

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566     Email  cmecf@chapter13trusteewdpa.com |

| Debtor 1 | **CURTIS CLAIR SETTLE** | Case number *(if known)* | **15-70511JAD** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 08/27/2019 | 1129882 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 2,331.84 |
| 09/24/2019 | 1133191 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,592.57 |
| 10/24/2019 | 1136519 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,899.84 |
| 11/25/2019 | 1139988 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,235.16 |
| 12/23/2019 | 1143368 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 570.47 |
| 02/25/2020 | 1150351 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 141.05 |
| 06/26/2020 | 1164771 | US BANK TRUST NA - TRUSTEE FW SERIE | AMOUNTS DISBURSED TO CREDITOR | 3,765.06 |
| 08/25/2020 | 1170928 | US BANK TRUST NA - TRUSTEE FW SERIE | AMOUNTS DISBURSED TO CREDITOR | 69.76 |
| | | | | 11,605.75 |
| **Post Petition Claim (1305) (Part 2 (d))** | | | | |
| 08/27/2019 | 1129882 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 125.72 |
| 09/24/2019 | 1133191 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 85.86 |
| 10/24/2019 | 1136519 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 102.43 |
| 11/25/2019 | 1139988 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 66.59 |
| 12/23/2019 | 1143368 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 30.76 |
| 12/21/2020 | 1183085 | US BANK TRUST NA - TRUSTEE FW SERIE | AMOUNTS DISBURSED TO CREDITOR | 214.34 |
| | | | | 625.70 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 10/26/2015 | 0963344 | BENEFICIAL CDC/HOUSEHOLD (RE)* | AMOUNTS DISBURSED TO CREDITOR | 2,617.48 |
| 11/10/2015 | | LSF9 MASTER PARTICIPATION TRUST | CONTINUING DEBT REFUND | -2,617.48 |
| 01/26/2016 | 0977082 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 4,407.58 |
| 02/24/2016 | 0981014 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,404.93 |
| 03/28/2016 | 0985065 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,266.62 |
| 04/22/2016 | 0989266 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 786.57 |
| 05/24/2016 | 0993220 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 786.57 |
| 06/27/2016 | 1001983 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 786.57 |
| 07/26/2016 | 1005954 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 786.57 |
| 08/26/2016 | 1009952 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 786.57 |
| 09/27/2016 | 1013972 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 786.57 |
| 10/26/2016 | 1017845 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 786.57 |
| 11/21/2016 | 1021154 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 414.31 |
| 12/15/2016 | 1009952 | LSF9 MASTER PARTICIPATION TRUST | CANCELLED CHECK TO CREDITOR/CONT | -786.57 |
| 12/15/2016 | 1022606 | LSF9 MASTER PARTICIPATION TRUST | PREWRITTEN CHECK TO CREDITOR/CON | 786.57 |
| 01/27/2017 | 1027921 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 952.10 |
| 02/24/2017 | 1031334 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 697.45 |
| 03/28/2017 | 1034773 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 697.10 |
| 04/21/2017 | 1038064 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 696.82 |
| 05/25/2017 | 1041343 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,237.72 |
| 06/27/2017 | 1044726 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 838.47 |
| 07/25/2017 | 1048045 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,050.74 |
| 08/25/2017 | 1051381 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,280.99 |
| 09/26/2017 | 1054709 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 786.57 |
| 10/25/2017 | 1058068 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 786.57 |
| 11/21/2017 | 1061341 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 786.57 |
| 12/21/2017 | 1064623 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 786.57 |
| 03/28/2018 | 1074431 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,529.60 |
| 04/24/2018 | 1077668 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,465.32 |
| 05/25/2018 | 1080928 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 937.93 |
| 06/22/2018 | 1084075 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 786.57 |
| 07/26/2018 | 1087290 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 786.57 |
| 08/28/2018 | 1090504 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 786.57 |
| 09/25/2018 | 1093636 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 786.57 |
| 10/29/2018 | 1096885 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 786.57 |
| 11/27/2018 | 1100023 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 786.57 |
| 12/21/2018 | 1103128 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 786.57 |
| 01/25/2019 | 1106335 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 55.26 |
| 02/25/2019 | 1109586 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 309.64 |
| 03/25/2019 | 1112879 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 442.30 |
| 04/26/2019 | 1116172 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 852.95 |
| 05/24/2019 | 1119571 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,183.68 |
| 06/25/2019 | 1122968 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 688.89 |

| Debtor 1 | CURTIS CLAIR SETTLE | | Case number *(if known)* | 15-70511JAD |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 07/29/2019 | 1126413 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 717.40 |
| 08/27/2019 | 1129882 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 2,042.44 |
| 09/24/2019 | 1133191 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 786.57 |
| 10/24/2019 | 1136519 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 786.57 |
| 11/25/2019 | 1139988 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 786.57 |
| 12/23/2019 | 1143368 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 786.57 |
| 01/28/2020 | 1146826 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 688.72 |
| 02/25/2020 | 1150351 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 884.42 |
| 03/23/2020 | 1153834 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 696.32 |
| 04/27/2020 | 1157294 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 688.72 |
| 05/26/2020 | 1160634 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 661.43 |
| 06/26/2020 | 1164771 | US BANK TRUST NA - TRUSTEE FW SERIE | AMOUNTS DISBURSED TO CREDITOR | 1,099.81 |
| 07/29/2020 | 1167855 | US BANK TRUST NA - TRUSTEE FW SERIE | AMOUNTS DISBURSED TO CREDITOR | 661.43 |
| 08/25/2020 | 1170928 | US BANK TRUST NA - TRUSTEE FW SERIE | AMOUNTS DISBURSED TO CREDITOR | 911.71 |
| 11/24/2020 | 1180166 | US BANK TRUST NA - TRUSTEE FW SERIE | AMOUNTS DISBURSED TO CREDITOR | 2,359.71 |
| | | | | 51,127.05 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

CURTIS CLAIR SETTLE
CYNTHIA JEAN SETTLE
112 BEDFORD STREET
SPROUL, PA  16682

DANIEL J BOGER ESQ
HAROLD SHEPLEY & ASSOC LLC
209 W PATRIOT ST
SOMERSET, PA  15501

US BANK TRUST NA - TRUSTEE FW SERIES I TRUST
C/O SN SERVICING CORP(*)
323 FIFTH ST
EUREKA, CA  95501

PHELAN HALLINAN DIAMOND & JONES LLP
1 PENN CENTER PLZ STE 1400
1617 JFK BLVD
PHILADELPHIA, PA  19103


1/7/21                                             /s/ Roberta Saunier
                                                   Administrative Assistant
                                                   Office of the Chapter 13 Trustee