Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Curtis Clair Settle
Cynthia Jean Settle**
Debtor(s)

Bankruptcy Case No.: 15−70511−JAD

Chapter: 13
Docket No.: 133 − 132

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 27th of January, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/8/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **3/17/21 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/8/21.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Curtis Clair Settle  
Cynthia Jean Settle  
    Debtors

Case No. 15-70511-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: jfur      Page 1 of 3  
Date Rcvd: Jan 28, 2021      Form ID: 408      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Curtis Clair Settle, 112 Bedford Street, Sproul, PA 16682-8109 |
| jdb | + | Cynthia Jean Settle, 112 Bedford Street, Sproul, PA 16682-8109 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14078667 | | Beneficial, P.O. Box 5233, Carol Stream, IL 60197-5233 |
| 14078670 | + | Blair County Tax Claim Bureau, 423 Allegheny Street, Suite 143, Hollidaysburg, PA 16648-2047 |
| 14078674 | #+ | Credit Control Collections, P.O. Box 72, Altoona, PA 16603-0072 |
| 14187137 | + | Greenfield Township Municipal Authority, PO Box 372, Claysburg, PA 16625-0372 |
| 14078679 | + | Greenfield Township Tax Collector, 120 Carriage Lane, Claysburg, PA 16625-7714 |
| 14078681 | + | HUD - FHA Title I Payments, P.O. Box 105664, Atlanta, GA 30348-5664 |
| 14078682 | + | HUD Office of Appeals, 451 7th Street, Room B-133, Washington, DC 20410-0001 |
| 14078680 | + | Holiday Financial Services, 1451 Scalp Avenue, Suite 1, Johnstown, PA 15904-3334 |
| 14132110 | + | LSF9 Master Participation Trust, Caliber Home Loans, INC., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14078683 | | Magee-Womans Hospital of UPMC, P.O. Box 382059, Pittsburgh, PA 15250-8059 |
| 14113034 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14078684 | | Nason Hospital, 105 Nason Drive, Roaring Spring, PA 16673-1202 |
| 14078690 | | Subaru Motors Finance, Chase, P.O. Box 901037, Fort Worth, TX 76101-2037 |
| 14078694 | | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: gocadle@cadleco.com | Jan 29 2021 01:45:00 | New Falls Corporation, 100 N Center Street, Newton Falls, OH 44444-1321 |
| 14078671 | | Email/Text: cms-bk@cms-collect.com | Jan 29 2021 01:44:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Suite 700, Buffalo, NY 14206-2317 |
| 14078672 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 29 2021 02:56:18 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14078673 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 29 2021 02:56:17 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14078675 | | Email/Text: bdsupport@creditmanagementcompany.com | Jan 29 2021 01:45:00 | Credit Management Company, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14078677 | | Email/Text: mrdiscen@discover.com | Jan 29 2021 01:44:00 | Discover, P. O. Box 30943, Salt Lake City, UT 84130 |
| 14078676 | | Email/Text: mrdiscen@discover.com | Jan 29 2021 01:44:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |

| District/off: 0315-7 | User: jfur | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 28, 2021 | Form ID: 408 | Total Noticed: 39 |

| Recip ID | | Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| 14081179 | | Email/Text: mrdiscen@discover.com | Jan 29 2021 01:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14078678 | + | Email/Text: mstover@gercls.com | Jan 29 2021 01:46:00 | Great Eastern Resort Corporation, 610 West Rio Road, Charlottesville, VA 22901-1412 |
| 14123715 | | Email/Text: bk.notifications@jpmchase.com | Jan 29 2021 01:44:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O.Box 29505 AZ1-1191, Phoenix , AZ 85038-9505 |
| 14093485 | + | Email/Text: gocadle@cadleco.com | Jan 29 2021 01:45:00 | New Falls Corporation, 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14078685 | | Email/Text: gocadle@cadleco.com | Jan 29 2021 01:45:00 | New Falls Corporation, c/o Victor O. Buente, Jr., Esq., 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14078686 | | Email/Text: gocadle@cadleco.com | Jan 29 2021 01:45:00 | New Falls Corporation, c/o Nina Evans, Account Officer, 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14078689 | | Email/PDF: cbp@onemainfinancial.com | Jan 29 2021 02:56:12 | OneMain Financial, Bankruptcy Department, P.O. Box 6042, Sioux Falls, SD 57117-6042 |
| 14078687 | | Email/PDF: cbp@onemainfinancial.com | Jan 29 2021 02:57:44 | OneMain Financial, P.O. Box 183172, Columbus, OH 43218-3172 |
| 14078688 | | Email/Text: cms-bk@cms-collect.com | Jan 29 2021 01:44:00 | OneMain Financial, c/o Capital Management Services, L.P., P.O. Box 120, Buffalo, NY 14220-0120 |
| 14135787 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2021 02:56:15 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14078691 | | Email/Text: bk.notifications@jpmchase.com | Jan 29 2021 01:44:00 | Subaru Motors Finance c/o Chase, P.O. Box 78101, Phoenix, AZ 85062-8101 |
| 14078692 | | Email/PDF: gecsedi@recoverycorp.com | Jan 29 2021 02:56:13 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14078693 | | Email/PDF: gecsedi@recoverycorp.com | Jan 29 2021 02:56:13 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 15257251 | + | Email/Text: bknotices@snsc.com | Jan 29 2021 01:46:00 | U.S. Bank Trust National Association, as, Trustee of the FW Series I Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14084302 | + | Email/Text: james.r.shear@hud.gov | Jan 29 2021 01:46:00 | US Dept. of Housing and Urban Development, 52 Corporate Cir, Albany, NY 12203-5166 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Caliber Home Loans, Inc,, As Servicer For The Mort |
| cr | | JPMORGAN CHASE BANK, NA |
| cr | | LSF9 Master Participation Trust |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | *+ | Blair County Tax Claim Bureau, 423 Allegheny St. Ste 143, Hollidaysburg, PA 16648-2047 |
| 14078668 | ## | Beneficial, Attn: Research, P.O. Box 1231, Brandon, FL 33509-1231 |
| 14078669 | ## | Beneficial, Attn: Payoffs, P.O. Box 897, Brandon, FL 33509-0897 |

TOTAL: 4 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-7 | User: jfur | Page 3 of 3 |
| Date Rcvd: Jan 28, 2021 | Form ID: 408 | Total Noticed: 39 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2021              Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2021 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
  on behalf of Creditor JPMORGAN CHASE BANK  NA bnicholas@kmllawgroup.com

Daniel J. Boger
  on behalf of Debtor Curtis Clair Settle dnlboger@yahoo.com
  dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com

Daniel J. Boger
  on behalf of Joint Debtor Cynthia Jean Settle dnlboger@yahoo.com
  dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com

James A. Prostko
  on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Jeffrey A. Muriceak
  on behalf of Creditor Blair County Tax Claim Bureau jmuriceak@eveyblack.com  choover@eveyblack.com

Jill Locnikar
  on behalf of Defendant United States Department of Housing and Urban Development jill.locnikar@usdoj.gov
  patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jon A. McKechnie
  on behalf of Plaintiff Curtis Clair Settle jmckechnie@shepleylaw.com  bk@shepleylaw.com

Jon A. McKechnie
  on behalf of Joint Debtor Cynthia Jean Settle jmckechnie@shepleylaw.com  bk@shepleylaw.com

Jon A. McKechnie
  on behalf of Debtor Curtis Clair Settle jmckechnie@shepleylaw.com  bk@shepleylaw.com

Jon A. McKechnie
  on behalf of Plaintiff Cynthia Jean Settle jmckechnie@shepleylaw.com  bk@shepleylaw.com

Joseph P. Schalk
  on behalf of Creditor Caliber Home Loans  Inc,, As Servicer For The Mortgagee Of Record jschalk@barley.com,
  sromig@barley.com

Joseph P. Schalk
  on behalf of Creditor LSF9 Master Participation Trust jschalk@barley.com  sromig@barley.com

Karina Velter
  on behalf of Creditor JPMORGAN CHASE BANK  NA amps@manleydeas.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

TOTAL: 15