**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CURTIS CLAIR SETTLE<br>CYNTHIA JEAN SETTLE<br>    Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:15-70511 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

January 25, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/16/2015 and confirmed on 9/3/15 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 108,400.43 |
| Less Refunds to Debtor | 1,058.24 | |
| TOTAL AMOUNT OF PLAN FUND | | 107,342.19 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,900.00 | |
|    Trustee Fee | 5,072.97 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,972.97 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST NA - TRUSTEE FW SERI<br>    Acct: 4627 | 0.00 | 51,127.05 | 0.00 | 51,127.05 |
|   US BANK TRUST NA - TRUSTEE FW SERI<br>    Acct: 4627 | 11,605.75 | 11,605.75 | 0.00 | 11,605.75 |
|   GREAT EASTERN RESORT CORPORATIO<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   BLAIR COUNTY TAX CLM BUREAU*<br>    Acct: 2699 | 0.00 | 0.00 | 0.00 | 0.00 |
|   GREENFIELD TOWNSHIP MUNICIPAL AUT<br>    Acct: XX7800 | 910.94 | 910.94 | 0.00 | 910.94 |
|   BLAIR COUNTY TAX CLM BUREAU*<br>    Acct: 2699 | 0.00 | 0.00 | 0.00 | 0.00 |
|   JPMORGAN CHASE BANK NA<br>    Acct: 1600 | 19,370.44 | 19,370.44 | 5,573.92 | 24,944.36 |
|   JPMORGAN CHASE BANK NA<br>    Acct: 1203 | 5,295.99 | 5,295.99 | 854.91 | 6,150.90 |
|   US DEPARTMENT OF HUD(*)<br>    Acct: 9524 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 94,739.00 |
| **Priority** | | | | |
|   DANIEL J BOGER ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CURTIS CLAIR SETTLE<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CURTIS CLAIR SETTLE<br>    Acct: | 718.16 | 718.16 | 0.00 | 0.00 |
|   CURTIS CLAIR SETTLE<br>    Acct: | 340.08 | 340.08 | 0.00 | 0.00 |
|   HAROLD SHEPLEY & ASSOC LLC*<br>    Acct: | 1,900.00 | 1,900.00 | 0.00 | 0.00 |
|   JON MCKECHNIE ESQ++<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   US BANK TRUST NA - TRUSTEE FW SERI<br>    Acct: 4627 | 625.70 | 625.70 | 0.00 | 625.70 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| US BANK TRUST NA - TRUSTEE FW SERII | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4627 | | | | |
| | | | | 625.70 |
| **Unsecured** | | | | |
| US DEPARTMENT OF HUD(*) | 15,177.89 | 1,794.35 | 0.00 | 1,794.35 |
| Acct: 9524 | | | | |
| CAPITAL ONE BANK NA** | 4,201.16 | 496.66 | 0.00 | 496.66 |
| Acct: 6293 | | | | |
| DISCOVER BANK(*) | 1,093.21 | 129.24 | 0.00 | 129.24 |
| Acct: 9320 | | | | |
| HOLIDAY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1517 | | | | |
| MAGEE WOMENS HOSPITAL OF UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4238 | | | | |
| NASON HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0140 | | | | |
| NEW FALLS CORP | 6,897.35 | 815.41 | 0.00 | 815.41 |
| Acct: XXXXXXXXX1074 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0151 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 9,685.06 | 1,144.98 | 0.00 | 1,144.98 |
| Acct: 9109 | | | | |
| MIDLAND FUNDING LLC | 1,587.42 | 187.67 | 0.00 | 187.67 |
| Acct: 5030 | | | | |
| UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: MULT | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 3,689.74 | 436.21 | 0.00 | 436.21 |
| Acct: 5238 | | | | |
| ANDREW L SPIVACK ESQ FOR JOSEPH P | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KARINA VELTER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 5,004.52 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 100,369.22 |

TOTAL CLAIMED
PRIORITY              625.70
SECURED            37,183.12
UNSECURED          42,331.83

Date: 01/25/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    CURTIS CLAIR SETTLE
    CYNTHIA JEAN SETTLE
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-70511 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                              Case No. 15-70511-JAD

Curtis Clair Settle                                              Chapter 13

Cynthia Jean Settle

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                         User: jfur                        Page 1 of 3
Date Rcvd: Jan 28, 2021                 Form ID: pdf900               Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Curtis Clair Settle, Cynthia Jean Settle, 112 Bedford Street, Sproul, PA 16682-8109 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14078667 | | Beneficial, P.O. Box 5233, Carol Stream, IL 60197-5233 |
| 14078670 | + | Blair County Tax Claim Bureau, 423 Allegheny Street, Suite 143, Hollidaysburg, PA 16648-2047 |
| 14078674 | #+ | Credit Control Collections, P.O. Box 72, Altoona, PA 16603-0072 |
| 14187137 | + | Greenfield Township Municipal Authority, PO Box 372, Claysburg, PA 16625-0372 |
| 14078679 | + | Greenfield Township Tax Collector, 120 Carriage Lane, Claysburg, PA 16625-7714 |
| 14078681 | + | HUD - FHA Title I Payments, P.O. Box 105664, Atlanta, GA 30348-5664 |
| 14078682 | + | HUD Office of Appeals, 451 7th Street, Room B-133, Washington, DC 20410-0001 |
| 14078680 | + | Holiday Financial Services, 1451 Scalp Avenue, Suite 1, Johnstown, PA 15904-3334 |
| 14132110 | + | LSF9 Master Participation Trust, Caliber Home Loans, INC., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14078683 | | Magee-Womans Hospital of UPMC, P.O. Box 382059, Pittsburgh, PA 15250-8059 |
| 14113034 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14078684 | | Nason Hospital, 105 Nason Drive, Roaring Spring, PA 16673-1202 |
| 14078690 | | Subaru Motors Finance, Chase, P.O. Box 901037, Fort Worth, TX 76101-2037 |
| 14078694 | | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: gocadle@cadleco.com | Jan 29 2021 01:45:00 | New Falls Corporation, 100 N Center Street, Newton Falls, OH 44444-1321 |
| 14078671 | | Email/Text: cms-bk@cms-collect.com | Jan 29 2021 01:44:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Suite 700, Buffalo, NY 14206-2317 |
| 14078672 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 29 2021 02:56:18 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14078673 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 29 2021 02:57:51 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14078675 | | Email/Text: bdsupport@creditmanagementcompany.com | Jan 29 2021 01:45:00 | Credit Management Company, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14078677 | | Email/Text: mrdiscen@discover.com | Jan 29 2021 01:44:00 | Discover, P. O. Box 30943, Salt Lake City, UT 84130 |
| 14078676 | | Email/Text: mrdiscen@discover.com | Jan 29 2021 01:44:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14081179 | | Email/Text: mrdiscen@discover.com | | |

| | | | |
|---|---|---|---|
| | | Jan 29 2021 01:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14078678 | + Email/Text: mstover@gercls.com | Jan 29 2021 01:46:00 | Great Eastern Resort Corporation, 610 West Rio Road, Charlottesville, VA 22901-1412 |
| 14123715 | Email/Text: bk.notifications@jpmchase.com | Jan 29 2021 01:44:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O.Box 29505 AZ1-1191, Phoenix , AZ 85038-9505 |
| 14093485 | + Email/Text: gocadle@cadleco.com | Jan 29 2021 01:45:00 | New Falls Corporation, 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14078685 | Email/Text: gocadle@cadleco.com | Jan 29 2021 01:45:00 | New Falls Corporation, c/o Victor O. Buente, Jr., Esq., 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14078686 | Email/Text: gocadle@cadleco.com | Jan 29 2021 01:45:00 | New Falls Corporation, c/o Nina Evans, Account Officer, 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14078689 | Email/PDF: cbp@onemainfinancial.com | Jan 29 2021 02:54:37 | OneMain Financial, Bankruptcy Department, P.O. Box 6042, Sioux Falls, SD 57117-6042 |
| 14078687 | Email/PDF: cbp@onemainfinancial.com | Jan 29 2021 02:56:13 | OneMain Financial, P.O. Box 183172, Columbus, OH 43218-3172 |
| 14078688 | Email/Text: cms-bk@cms-collect.com | Jan 29 2021 01:44:00 | OneMain Financial, c/o Capital Management Services, L.P., P.O. Box 120, Buffalo, NY 14220-0120 |
| 14135787 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2021 02:57:48 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14078691 | Email/Text: bk.notifications@jpmchase.com | Jan 29 2021 01:44:00 | Subaru Motors Finance c/o Chase, P.O. Box 78101, Phoenix, AZ 85062-8101 |
| 14078692 | Email/PDF: gecsedi@recoverycorp.com | Jan 29 2021 02:56:13 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14078693 | Email/PDF: gecsedi@recoverycorp.com | Jan 29 2021 02:54:37 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 15257251 | + Email/Text: bknotices@snsc.com | Jan 29 2021 01:46:00 | U.S. Bank Trust National Association, as, Trustee of the FW Series I Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14084302 | + Email/Text: james.r.shear@hud.gov | Jan 29 2021 01:46:00 | US Dept. of Housing and Urban Development, 52 Corporate Cir, Albany, NY 12203-5166 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Caliber Home Loans, Inc,, As Servicer For The Mort |
| cr | | JPMORGAN CHASE BANK, NA |
| cr | | LSF9 Master Participation Trust |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | *+ | Blair County Tax Claim Bureau, 423 Allegheny St. Ste 143, Hollidaysburg, PA 16648-2047 |
| 14078668 | ## | Beneficial, Attn: Research, P.O. Box 1231, Brandon, FL 33509-1231 |
| 14078669 | ## | Beneficial, Attn: Payoffs, P.O. Box 897, Brandon, FL 33509-0897 |

TOTAL: 4 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2021          Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK NA bnicholas@kmllawgroup.com |
| Daniel J. Boger | on behalf of Debtor Curtis Clair Settle dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Daniel J. Boger | on behalf of Joint Debtor Cynthia Jean Settle dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| James A. Prostko | on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com |
| Jeffrey A. Muriceak | on behalf of Creditor Blair County Tax Claim Bureau jmuriceak@eveyblack.com choover@eveyblack.com |
| Jill Locnikar | on behalf of Defendant United States Department of Housing and Urban Development jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jon A. McKechnie | on behalf of Plaintiff Curtis Clair Settle jmckechnie@shepleylaw.com bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Joint Debtor Cynthia Jean Settle jmckechnie@shepleylaw.com bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Debtor Curtis Clair Settle jmckechnie@shepleylaw.com bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Plaintiff Cynthia Jean Settle jmckechnie@shepleylaw.com bk@shepleylaw.com |
| Joseph P. Schalk | on behalf of Creditor Caliber Home Loans Inc,, As Servicer For The Mortgagee Of Record jschalk@barley.com, sromig@barley.com |
| Joseph P. Schalk | on behalf of Creditor LSF9 Master Participation Trust jschalk@barley.com sromig@barley.com |
| Karina Velter | on behalf of Creditor JPMORGAN CHASE BANK NA amps@manleydeas.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 15