**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Curtis Clair Settle** | Social Security number or ITIN  xxx–xx–4081 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Cynthia Jean Settle** | Social Security number or ITIN  xxx–xx–4300 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **15–70511–JAD**

# Order of Discharge        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Curtis Clair Settle                Cynthia Jean Settle

<u>3/11/21</u>                    **By the court:**    <u>Jeffery A. Deller</u>
                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-70511-JAD |
| Curtis Clair Settle | Chapter 13 |
| Cynthia Jean Settle | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: bsil | Page 1 of 4 |
| Date Rcvd: Mar 11, 2021 | Form ID: 3180W | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Curtis Clair Settle, Cynthia Jean Settle, 112 Bedford Street, Sproul, PA 16682-8109 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14078670 | + | Blair County Tax Claim Bureau, 423 Allegheny Street, Suite 143, Hollidaysburg, PA 16648-2047 |
| 14078674 | #+ | Credit Control Collections, P.O. Box 72, Altoona, PA 16603-0072 |
| 14187137 | + | Greenfield Township Municipal Authority, PO Box 372, Claysburg, PA 16625-0372 |
| 14078679 | + | Greenfield Township Tax Collector, 120 Carriage Lane, Claysburg, PA 16625-7714 |
| 14078681 | + | HUD - FHA Title I Payments, P.O. Box 105664, Atlanta, GA 30348-5664 |
| 14078682 | + | HUD Office of Appeals, 451 7th Street, Room B-133, Washington, DC 20410-0001 |
| 14078680 | + | Holiday Financial Services, 1451 Scalp Avenue, Suite 1, Johnstown, PA 15904-3334 |
| 14132110 | + | LSF9 Master Participation Trust, Caliber Home Loans, INC., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14078683 | | Magee-Womans Hospital of UPMC, P.O. Box 382059, Pittsburgh, PA 15250-8059 |
| 14113034 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14078684 | | Nason Hospital, 105 Nason Drive, Roaring Spring, PA 16673-1202 |
| 14078690 | | Subaru Motors Finance, Chase, P.O. Box 901037, Fort Worth, TX 76101-2037 |
| 14078694 | | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Mar 12 2021 04:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 12 2021 04:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Mar 12 2021 04:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 12 2021 04:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: gocadle@cadleco.com | Mar 12 2021 04:49:00 | New Falls Corporation, 100 N Center Street, Newton Falls, OH 44444-1321 |
| 14078667 | EDI: HFC.COM | Mar 12 2021 04:13:00 | Beneficial, P.O. Box 5233, Carol Stream, IL 60197-5233 |

Case 15-70511-JAD    Doc 139    Filed 03/13/21    Entered 03/14/21 00:36:37    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-7 | User: bsil | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 11, 2021 | Form ID: 3180W | Total Noticed: 40 |

| ID | Method | Date | Recipient |
|---|---|---|---|
| 14078671 | Email/Text: cms-bk@cms-collect.com | Mar 12 2021 04:48:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Suite 700, Buffalo, NY 14206-2317 |
| 14078672 | EDI: CAPITALONE.COM | Mar 12 2021 04:13:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14078673 | EDI: CAPITALONE.COM | Mar 12 2021 04:13:00 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14078675 | Email/Text: bdsupport@creditmanagementcompany.com | Mar 12 2021 04:49:00 | Credit Management Company, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14078677 | EDI: DISCOVER.COM | Mar 12 2021 04:13:00 | Discover, P. O. Box 30943, Salt Lake City, UT 84130 |
| 14078676 | EDI: DISCOVER.COM | Mar 12 2021 04:13:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14081179 | EDI: DISCOVER.COM | Mar 12 2021 04:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14078678 | + Email/Text: mstover@gercls.com | Mar 12 2021 04:49:00 | Great Eastern Resort Corporation, 610 West Rio Road, Charlottesville, VA 22901-1412 |
| 14123715 | EDI: CHASEAUTO | Mar 12 2021 04:13:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O.Box 29505 AZ1-1191, Phoenix , AZ 85038-9505 |
| 14093485 | + Email/Text: gocadle@cadleco.com | Mar 12 2021 04:49:00 | New Falls Corporation, 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14078685 | Email/Text: gocadle@cadleco.com | Mar 12 2021 04:49:00 | New Falls Corporation, c/o Victor O. Buente, Jr., Esq., 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14078686 | Email/Text: gocadle@cadleco.com | Mar 12 2021 04:49:00 | New Falls Corporation, c/o Nina Evans, Account Officer, 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14078689 | EDI: AGFINANCE.COM | Mar 12 2021 04:13:00 | OneMain Financial, Bankruptcy Department, P.O. Box 6042, Sioux Falls, SD 57117-6042 |
| 14078687 | EDI: AGFINANCE.COM | Mar 12 2021 04:13:00 | OneMain Financial, P.O. Box 183172, Columbus, OH 43218-3172 |
| 14078688 | Email/Text: cms-bk@cms-collect.com | Mar 12 2021 04:48:00 | OneMain Financial, c/o Capital Management Services, L.P., P.O. Box 120, Buffalo, NY 14220-0120 |
| 14135787 | EDI: PRA.COM | Mar 12 2021 04:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14078691 | EDI: CHASEAUTO | Mar 12 2021 04:13:00 | Subaru Motors Finance c/o Chase, P.O. Box 78101, Phoenix, AZ 85062-8101 |
| 14078692 | EDI: RMSC.COM | Mar 12 2021 04:13:00 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14078693 | EDI: RMSC.COM | Mar 12 2021 04:13:00 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 15257251 | + Email/Text: bknotices@snsc.com | Mar 12 2021 04:49:00 | U.S. Bank Trust National Association, as, Trustee of the FW Series I Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14084302 | + Email/Text: james.r.shear@hud.gov | Mar 12 2021 04:49:00 | US Dept. of Housing and Urban Development, 52 Corporate Cir, Albany, NY 12203-5166 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Caliber Home Loans, Inc,, As Servicer For The Mort |
| cr | | JPMORGAN CHASE BANK, NA |
| cr | | LSF9 Master Participation Trust |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | *+ | Blair County Tax Claim Bureau, 423 Allegheny St. Ste 143, Hollidaysburg, PA 16648-2047 |
| 14078668 | ## | Beneficial, Attn: Research, P.O. Box 1231, Brandon, FL 33509-1231 |
| 14078669 | ## | Beneficial, Attn: Payoffs, P.O. Box 897, Brandon, FL 33509-0897 |

TOTAL: 4 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2021                      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
  on behalf of Creditor JPMORGAN CHASE BANK  NA bnicholas@kmllawgroup.com

Daniel J. Boger
  on behalf of Debtor Curtis Clair Settle dnlboger@yahoo.com
  dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com

Daniel J. Boger
  on behalf of Joint Debtor Cynthia Jean Settle dnlboger@yahoo.com
  dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com

James A. Prostko
  on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Jeffrey A. Muriceak
  on behalf of Creditor Blair County Tax Claim Bureau jmuriceak@eveyblack.com  choover@eveyblack.com

Jill Locnikar
  on behalf of Defendant United States Department of Housing and Urban Development jill.locnikar@usdoj.gov
  patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jon A. McKechnie
  on behalf of Plaintiff Curtis Clair Settle jmckechnie@shepleylaw.com  bk@shepleylaw.com

Jon A. McKechnie
  on behalf of Joint Debtor Cynthia Jean Settle jmckechnie@shepleylaw.com  bk@shepleylaw.com

Jon A. McKechnie
  on behalf of Debtor Curtis Clair Settle jmckechnie@shepleylaw.com  bk@shepleylaw.com

Jon A. McKechnie
  on behalf of Plaintiff Cynthia Jean Settle jmckechnie@shepleylaw.com  bk@shepleylaw.com

Joseph P. Schalk
  on behalf of Creditor Caliber Home Loans  Inc,, As Servicer For The Mortgagee Of Record jschalk@barley.com,
  sromig@barley.com

Joseph P. Schalk
  on behalf of Creditor LSF9 Master Participation Trust jschalk@barley.com  sromig@barley.com

District/off: 0315-7        User: bsil        Page 4 of 4
Date Rcvd: Mar 11, 2021        Form ID: 3180W        Total Noticed: 40

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor JPMORGAN CHASE BANK  NA amps@manleydeas.com

TOTAL: 15