**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    CURTIS CLAIR SETTLE
    CYNTHIA JEAN SETTLE
        Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:15-70511 JAD

Chapter 13

Document No.: 132

FILED
3/11/21 11:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

AND NOW, this __11th__ day of __March__, 20__21__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
jsf

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 15-70511-JAD
Curtis Clair Settle  Chapter 13
Cynthia Jean Settle
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: bsil | Page 1 of 3 |
| Date Rcvd: Mar 15, 2021 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Curtis Clair Settle, Cynthia Jean Settle, 112 Bedford Street, Sproul, PA 16682-8109 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14078667 | | Beneficial, P.O. Box 5233, Carol Stream, IL 60197-5233 |
| 14078670 | + | Blair County Tax Claim Bureau, 423 Allegheny Street, Suite 143, Hollidaysburg, PA 16648-2047 |
| 14078674 | #+ | Credit Control Collections, P.O. Box 72, Altoona, PA 16603-0072 |
| 14187137 | + | Greenfield Township Municipal Authority, PO Box 372, Claysburg, PA 16625-0372 |
| 14078679 | + | Greenfield Township Tax Collector, 120 Carriage Lane, Claysburg, PA 16625-7714 |
| 14078681 | + | HUD - FHA Title I Payments, P.O. Box 105664, Atlanta, GA 30348-5664 |
| 14078682 | + | HUD Office of Appeals, 451 7th Street, Room B-133, Washington, DC 20410-0001 |
| 14078680 | + | Holiday Financial Services, 1451 Scalp Avenue, Suite 1, Johnstown, PA 15904-3334 |
| 14132110 | + | LSF9 Master Participation Trust, Caliber Home Loans, INC., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14078683 | | Magee-Womans Hospital of UPMC, P.O. Box 382059, Pittsburgh, PA 15250-8059 |
| 14113034 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14078684 | | Nason Hospital, 105 Nason Drive, Roaring Spring, PA 16673-1202 |
| 14078690 | | Subaru Motors Finance, Chase, P.O. Box 901037, Fort Worth, TX 76101-2037 |
| 14078694 | | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: gocadle@cadleco.com | Mar 16 2021 05:49:00 | New Falls Corporation, 100 N Center Street, Newton Falls, OH 44444-1321 |
| 14078671 | | Email/Text: cms-bk@cms-collect.com | Mar 16 2021 05:46:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Suite 700, Buffalo, NY 14206-2317 |
| 14078672 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 16 2021 04:59:17 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14078673 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 16 2021 05:10:35 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14078675 | | Email/Text: bdsupport@creditmanagementcompany.com | Mar 16 2021 05:49:00 | Credit Management Company, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14078677 | | Email/Text: mrdiscen@discover.com | Mar 16 2021 05:46:00 | Discover, P. O. Box 30943, Salt Lake City, UT 84130 |
| 14078676 | | Email/Text: mrdiscen@discover.com | Mar 16 2021 05:46:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14081179 | | Email/Text: mrdiscen@discover.com | | |

Case 15-70511-JAD  Doc 140  Filed 03/17/21  Entered 03/18/21 00:46:18  Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-7 | User: bsil | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 15, 2021 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 16 2021 05:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14078678 | + | Email/Text: mstover@gercls.com | Mar 16 2021 05:49:00 | Great Eastern Resort Corporation, 610 West Rio Road, Charlottesville, VA 22901-1412 |
| 14123715 | | Email/Text: bk.notifications@jpmchase.com | Mar 16 2021 05:47:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O.Box 29505 AZ1-1191, Phoenix , AZ 85038-9505 |
| 14093485 | + | Email/Text: gocadle@cadleco.com | Mar 16 2021 05:49:00 | New Falls Corporation, 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14078685 | | Email/Text: gocadle@cadleco.com | Mar 16 2021 05:49:00 | New Falls Corporation, c/o Victor O. Buente, Jr., Esq., 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14078686 | | Email/Text: gocadle@cadleco.com | Mar 16 2021 05:49:00 | New Falls Corporation, c/o Nina Evans, Account Officer, 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14078689 | | Email/PDF: cbp@onemainfinancial.com | Mar 16 2021 05:24:35 | OneMain Financial, Bankruptcy Department, P.O. Box 6042, Sioux Falls, SD 57117-6042 |
| 14078687 | | Email/PDF: cbp@onemainfinancial.com | Mar 16 2021 05:24:34 | OneMain Financial, P.O. Box 183172, Columbus, OH 43218-3172 |
| 14078688 | | Email/Text: cms-bk@cms-collect.com | Mar 16 2021 05:46:00 | OneMain Financial, c/o Capital Management Services, L.P., P.O. Box 120, Buffalo, NY 14220-0120 |
| 14135787 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2021 05:10:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14078691 | | Email/Text: bk.notifications@jpmchase.com | Mar 16 2021 05:47:00 | Subaru Motors Finance c/o Chase, P.O. Box 78101, Phoenix, AZ 85062-8101 |
| 14078692 | | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2021 05:10:21 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14078693 | | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2021 04:59:06 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 15257251 | + | Email/Text: bknotices@snsc.com | Mar 16 2021 05:49:00 | U.S. Bank Trust National Association, as, Trustee of the FW Series I Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14084302 | + | Email/Text: james.r.shear@hud.gov | Mar 16 2021 05:49:00 | US Dept. of Housing and Urban Development, 52 Corporate Cir, Albany, NY 12203-5166 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Caliber Home Loans, Inc,, As Servicer For The Mort |
| cr | | JPMORGAN CHASE BANK, NA |
| cr | | LSF9 Master Participation Trust |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | *+ | Blair County Tax Claim Bureau, 423 Allegheny St. Ste 143, Hollidaysburg, PA 16648-2047 |
| 14078668 | ## | Beneficial, Attn: Research, P.O. Box 1231, Brandon, FL 33509-1231 |
| 14078669 | ## | Beneficial, Attn: Payoffs, P.O. Box 897, Brandon, FL 33509-0897 |

TOTAL: 4 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0315-7  User: bsil  Page 3 of 3
Date Rcvd: Mar 15, 2021  Form ID: pdf900  Total Noticed: 38

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2021  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  NA bnicholas@kmllawgroup.com |
| Daniel J. Boger | on behalf of Debtor Curtis Clair Settle dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Daniel J. Boger | on behalf of Joint Debtor Cynthia Jean Settle dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| James A. Prostko | on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com |
| Jeffrey A. Muriceak | on behalf of Creditor Blair County Tax Claim Bureau jmuriceak@eveyblack.com  choover@eveyblack.com |
| Jill Locnikar | on behalf of Defendant United States Department of Housing and Urban Development jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jon A. McKechnie | on behalf of Plaintiff Curtis Clair Settle jmckechnie@shepleylaw.com  bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Joint Debtor Cynthia Jean Settle jmckechnie@shepleylaw.com  bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Debtor Curtis Clair Settle jmckechnie@shepleylaw.com  bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Plaintiff Cynthia Jean Settle jmckechnie@shepleylaw.com  bk@shepleylaw.com |
| Joseph P. Schalk | on behalf of Creditor Caliber Home Loans  Inc,, As Servicer For The Mortgagee Of Record jschalk@barley.com, sromig@barley.com |
| Joseph P. Schalk | on behalf of Creditor LSF9 Master Participation Trust jschalk@barley.com  sromig@barley.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor JPMORGAN CHASE BANK  NA amps@manleydeas.com |

TOTAL: 15